UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MICHAEL SHANNAHAN, *individually and on behalf of all others similarly situated*,

          Plaintiff,

-v-

FTAI AVIATION LTD., JOSEPH P. ADAMS, JR., and EUN (ANGELA) NAM,

          Defendants.
-----------------------------------------------------------------------X

25-CV-00541 (JAV)

<u>ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS</u>

JEANNETTE A. VARGAS, United States District Judge:

On January 17, 2025, Plaintiff filed a putative class action on behalf of persons and entities that purchased or otherwise acquired FTAI securities between July 23, 2024 and January 15, 2025. Docket No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than February 7, 2025**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

    SO ORDERED.

Dated: January 28, 2025  
      New York, New York

                                                                                  JEANNETTE A. VARGAS  
                                                                                   United States District Judge