# EXHIBIT C

# Financial Interest Analysis

**Modified LIFO**

**Company Name:** FTAI Aviation Ltd.
**Ticker:** FTAI
**Class Period:** 07/23/2024 - 01/15/2025
**Name:** Paulo Buigasco

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/25/2024 | 1 | $109.3000 | -$109.3000 | | $0.0000 | -$109.30 |
| 8/2/2024 | 1 | $105.9700 | -$105.9700 | | $0.0000 | -$105.97 |
| 8/2/2024 | 3 | $103.8000 | -$311.4000 | | $0.0000 | -$311.40 |
| 10/2/2024 | 1 | $129.9500 | -$129.9500 | | $0.0000 | -$129.95 |
| 10/3/2024 | 44 | $135.0000 | -$5,940.0000 | | $0.0000 | -$5,940.00 |
| 10/3/2024 | 15 | $134.1205 | -$2,011.8075 | | $0.0000 | -$2,011.81 |
| 10/28/2024 | 38 | $143.4800 | -$5,452.2400 | | $0.0000 | -$5,452.24 |
| 12/9/2024 | 1 | $151.2100 | -$151.2100 | | $0.0000 | -$151.21 |
| 12/12/2024 | 7 | $135.3100 | -$947.1700 | | $0.0000 | -$947.17 |
| 1/8/2025 | 6 | $161.0600 | -$966.3600 | | $0.0000 | -$966.36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **117** | | | | **Subtotal:** | **-$16,125.41** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $13,083.92 |
| | | | $111.8284 | 117 | **Total:** | **-$3,041.49** |

Notes
The Modified LIFO calculation uses the Last-In, First-Out ("LIFO") method for matching Class Period sales with Class Period purchases, and includes losses (and gains) only on shares that were held over a corrective disclosure. The 90-Day Average Price used in this loss chart is the average closing price between January 15, 2025 and March 18, 2025.