# EXHIBIT B

| Client Name | Cady Pham |
|---|---|
| Company Name | FTAI Aviation Ltd. |
| Ticker Symbol | FTAI |
| Security Type | |
| Class Period Start | 7/23/2024 |
| Class Period End | 1/15/2025 |
| 90-DAY Lookback Period Start | 1/16/2025 |
| 90-DAY Lookback Period End | 3/18/2025 |
| 90-DAY Lookback Average | $ 111.73 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $6,808.20 |
| DURA LIFO* Total | $6,808.20 |
| Gross Shares Purchased | 150 |
| Net Shares Retained | 150 |
| Net Funds Expended | $22,616.70 |

| Cady Pham | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-06-2024 | 100 | 157 | $ 15,700.00 | 01-21-2025 | | 100 | $ 105.39 | | $ 10,539.00 | 100 | - | $ 111.73 | | $ 5,161.00 | $ 5,161.00 |
| 12-11-2024 | 20 | 151.48 | $ 3,029.60 | 01-21-2025 | | 20 | $ 105.39 | | $ 2,107.80 | 20 | - | $ 111.73 | | $ 921.80 | $ 921.80 |
| 12-23-2024 | 30 | 129.57 | $ 3,887.10 | 01-21-2025 | | 30 | $ 105.39 | | $ 3,161.70 | 30 | - | $ 111.73 | | $ 725.40 | $ 725.40 |
| Total: | 150 | | $22,616.70 | | | 150 | | | $15,808.50 | 150 | | | | $6,808.20 | $6,808.20 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.