-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SHANNAHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FTAI AVIATION LTD., JOSEPH P. ADAMS, JR., and EUN (ANGELA) NAM,<br><br>Defendants. | Case No. 1:25-cv-00541-JAV<br><br>**NOTICE OF MOTION AND MOTION OF RICARDO VILALTA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br>CLASS ACTION |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member Ricardo Vilalta ("Mr. Vilalta" or "Movant") will and hereby does move the Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Mr. Vilalta as Lead Plaintiff on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired FTAI Aviation Ltd. ("FTAI") securities between July 23, 2024 and January 15, 2025, both dates inclusive (the "Class Period"); (2) approving Mr. Vilalta's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and The Schall Law Firm ("SLF") as Co-Lead Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Lucas E. Gilmore filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

-1-

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Mr. Vilalta as Lead Plaintiff on behalf of all similarly situated FTAI investors; (2) approve Mr. Vilalta's selection of Hagens Berman and SLF as Co-Lead Counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: March 18, 2025

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Nathaniel A. Tarnor*
    Nathaniel A. Tarnor
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
nathant@hbsslaw.com

Lucas E. Gilmore, *pro hac vice* forthcoming
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Brian J. Schall, *pro hac vice* forthcoming
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192
brian@schallfirm.com

*Counsel for [Proposed] Lead Plaintiff Ricardo Vilalta*

-2-

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR
