**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL SHANNAHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FTAI AVIATION LTD., JOSEPH P. ADAMS, JR., and EUN (ANGELA) NAM,<br><br>Defendants. | Case No. 1:25-cv-00541-JAV |

**NOTICE OF THE MOTION OF BOSTON RETIREMENT SYSTEM**
**AND CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND**
**FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that on July 17, 2025, at 11:00 a.m. in Courtroom 14C, before the Honorable Jeannette A. Vargas, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, putative class members Boston Retirement System ("Boston") and City of Hollywood Firefighters' Pension Fund ("Hollywood Firefighters"), by their undersigned counsel, will respectfully move this Court for entry of an Order for: (1) appointment of Boston and Hollywood Firefighters as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (2) approval of the selection of Labaton Keller Sucharow LLP and Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class; and (3) any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that Boston and Hollywood Firefighters are the "most adequate plaintiff" pursuant to the PSLRA. In support of this Motion, Boston and Hollywood Firefighters submit herewith an accompanying memorandum of law and the Declaration of Francis P. McConville.

Dated: March 18, 2025

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

*s/ Francis P. McConville*
Francis P. McConville
Connor C. Boehme
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Naumon A. Amjed

1

2

Darren J. Check
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for Boston Retirement System and City of Hollywood Firefighters' Pension Fund and Proposed Lead Counsel for the Class*

2