UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SHANNAHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FTAI AVIATION LTD., JOSEPH P. ADAMS, JR., and EUN (ANGELA) NAM,<br><br>Defendants. | Case No. 1:25-cv-00541-JAV<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION OF RICARDO VILALTA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br><u>CLASS ACTION</u> |

I, Lucas E. Gilmore, declare as follows:

1.      I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Ricardo Vilalta ("Mr. Vilalta" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Movant's sworn Certification;

Exhibit B:    Movant's Declaration;

Exhibit C:    Chart of Movant's estimated loss;

Exhibit D:    Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on January 17, 2025;

Exhibit E:    Hagens Berman's firm résumé; and

-1-

-2-

Exhibit F:      The Schall Law Firm's résumé.


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed this 18th day of March 2025, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Nathaniel A. Tarnor
NATHANIEL A. TARNOR