# Exhibit C

**Loss Analysis for Ricardo Vilalta - FTAI Aviation Ltd. (FTAI)**
**Class Period 07/23/24 - 01/15/25**

| | Date | Shares | PURCHASES Share Price | Amount Paid | | Date | Shares | SALES Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | 94.666 | | | | | | | |
| Class Period | 10/03/24 | 4 | $134.4900 | $571.58 | | 11/29/24 | 1.29 | $168.4600 | $217.31 |
| Purchases | 11/26/24 | 5 | $171.0200 | $855.10 | | 12/06/24 | 50 | $156.3900 | $7,819.50 |
| | 12/02/24 | 9 | $169.0000 | $1,521.00 | | 12/06/24 | 32 | $156.2400 | $4,999.68 |
| | 12/02/24 | 169 | $169.0200 | $28,564.38 | | 12/09/24 | 33 | $151.4900 | $4,999.17 |
| | 12/10/24 | 98 | $153.1100 | $15,004.78 | | 12/09/24 | 30 | $151.6300 | $4,548.90 |
| | 12/16/24 | 12 | $133.6000 | $1,603.20 | | 12/12/24 | 65 | $144.7200 | $9,406.80 |
| | 12/18/24 | 69 | $130.6000 | $9,011.40 | | 12/12/24 | 40 | $141.2800 | $5,651.20 |
| | 12/19/24 | 77 | $128.5200 | $9,896.04 | | 12/17/24 | 30 | $128.0100 | $3,840.30 |
| | 12/31/24 | 26 | $147.4700 | $3,834.22 | | 12/18/24 | 5 | $129.1100 | $645.55 |
| | 12/31/24 | 34 | $146.7800 | $4,990.52 | | 12/24/24 | 39 | $128.6200 | $5,016.18 |
| | 01/02/25 | 34 | $146.8800 | $4,993.92 | | 12/26/24 | 76 | $128.6300 | $9,775.88 |
| | 01/08/25 | 120 | $167.2800 | $20,073.60 | | 12/26/24 | 16 | $128.6800 | $2,058.88 |
| | 01/10/25 | 12 | $178.7000 | $2,144.40 | | 12/27/24 | 15 | $127.0300 | $1,905.45 |
| | 01/10/25 | 28 | $180.3900 | $5,050.92 | | 01/06/25 | 36 | $151.6100 | $5,457.96 |
| | | | | | | 01/14/25 | 101 | $158.7200 | $16,030.72 |
| | | | | | | 01/15/25 | 62 | $152.4300 | $9,450.66 |
| Post Class | | | | | Post Class | *1/17/2025 | 63 | $122.5700 | $7,721.91 |
| Purchases | | | | | Sales | | | | |

*Statutory pricing.

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 697 | Total Amt. Paid in CP | $108,115.06 | Total Shares Sold in CP | 631 | Total Amt. Sold in CP | $91,824.14 |

| | | |
|---|---|---|
| Post CP Shares Sold | 63 | Post CP Amount Sold | $7,721.91 |
| Total Shares Sold to Current | 694 | Total Amt. Sold to Current | $99,546.05 ALTERNATIVE |

Actual Net Shares Acquired in CP    66    (CP Retained Shares)

| | |
|---|---|
| Net Amount Paid  in CP | $16,290.92 |
| Net Amount Paid in CP Minus Sold to Current Date | $8,569.01 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)    66    Automatically 0 if Negative
Net  Shares Acquired During Class Period Held to Current Date    3    Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $111.93

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $7,382.98
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $331.32 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    $15,959.60 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    $8,907.94
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    $8,237.69 ALTERNATIVE