# EXHIBIT 3

**FTAI Aviation Ltd.**
**Class Period: July 23, 2024 through January 15, 2025**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|----------------|
| | | | | | | | | | | | | $111.95 |
| Roger Wolter | 2024-11-27 | 100 | ($166.20) | ($16,620.00) | | | | | 100 | $11,195.49 | ($5,424.51) | |