**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL SHANNAHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FTAI AVIATION LTD., JOSEPH P. ADAMS, JR., and EUN (ANGELA) NAM,<br><br>Defendants. | Case No. 1:25-cv-00541-JAV |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF THE
MOTION OF BOSTON RETIREMENT SYSTEM AND CITY OF HOLLYWOOD
FIREFIGHTERS' PENSION FUND FOR APPOINTMENT AS
<u>LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

I, Francis P. McConville, declare as follows:

1.     I am a member in good standing of the State Bar of New York and am admitted to practice before this Court. I am a partner at the law firm of Labaton Keller Sucharow LLP ("Labaton"). I submit this Declaration in support of the motion filed by Boston Retirement System and City of Hollywood Firefighters' Pension Fund for appointment as Lead Plaintiff and approval of its selection of Labaton and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") to serve as Lead Counsel for the class. Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following exhibits:

Exhibit A:     Boston Retirement System's and City of Hollywood Firefighters' Pension Fund's sworn certifications pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:     Chart of Boston Retirement System's and City of Hollywood Firefighters' Pension Fund's transactions and losses in FTAI Aviation Ltd. securities during the Class Period;

Exhibit C:     Joint Declaration of Timothy J. Smyth and Alexander Diaz;

Exhibit D:     Notice of the pendency of *Shannahan v. FTAI Aviation Ltd.,* No. 25-cv-00541-JAV (S.D.N.Y.), published on January 17, 2025, in *Business Wire*;

Exhibit E:     Firm Résumé of Labaton; and

Exhibit F:     Firm Profile of Kessler Topaz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of March 2025.

*s/ Francis P. McConville*
Francis P. McConville

1