# Exhibit B

**LOSS ANALYSIS**

**Filed Class Period:  07/23/24 - 01/15/25**

**FTAI Aviation Ltd.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price | [1] |
|---|---|---|---|---|---|
| FTAI | G3730V105 | KYG3730V1059 | BLKFTK4 | $111.8284 | |

**Boston Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 07/23/24 | 16,500 | | |
| Purchases | 07/24/24 | 1,880 | $111.7483 | ($210,086.80) |
| Purchases | 07/24/24 | 2,030 | $111.5509 | ($226,448.33) |
| Purchases | 07/24/24 | 60 | $112.4400 | ($6,746.40) |
| Purchases | 07/24/24 | 2,380 | $111.7863 | ($266,051.39) |
| Purchases | 10/08/24 | 190 | $143.6300 | ($27,289.70) |
| Purchases | 10/08/24 | 210 | $145.7445 | ($30,606.35) |
| Purchases | 10/08/24 | 2,250 | $145.2774 | ($326,874.15) |
| Purchases | 11/08/24 | 2,350 | $155.1194 | ($364,530.59) |
| Purchases | 11/08/24 | 290 | $155.4523 | ($45,081.17) |
| Purchases | 12/19/24 | 330 | $128.9223 | ($42,544.36) |
| Purchases | 12/19/24 | 630 | $130.7976 | ($82,402.49) |
| Purchases | 12/19/24 | 1,340 | $130.6030 | ($175,008.02) |
| Purchases | 12/20/24 | 680 | $133.3206 | ($90,658.01) |
| Purchases | 01/07/25 | 2,190 | $159.8421 | ($350,054.20) |
| Purchases | 01/07/25 | 270 | $159.9162 | ($43,177.37) |
| *Class Period purchases:* | | *17,080* | | *($2,287,559.33)* |
| *Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| Shares Held: | | 17,080 | $111.8284 | $1,910,029.07 |

**LIFO Gain/(Loss):**                     **($377,530.25)**

| | |
|---|---|
| Total Shares Bought: | 17,080 |
| Total Net Shares: | 17,080 |
| Total Net Expenditures: | ($2,287,559.33) |

[1]  *Value of shares held is the mean trading price from 01/15/25 - 03/18/25.*

**LOSS ANALYSIS**

**Filed Class Period:  07/23/24 - 01/15/25**

**FTAI Aviation Ltd.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| FTAI | G3730V105 | KYG3730V1059 | BLKFTK4 | $111.8284 |

**City of Hollywood Firefighters' Pension Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Opening Balance | 07/23/24 | 0 | | |
| Purchases | 12/19/24 | 2,940 | $130.6030 | ($383,972.82) |
| Purchases | 12/19/24 | 720 | $128.9223 | ($92,824.06) |
| Purchases | 12/19/24 | 1,380 | $130.7976 | ($180,500.69) |
| Purchases | 12/20/24 | 1,500 | $133.3206 | ($199,980.90) |
| Purchases | 01/07/25 | 1,230 | $159.8421 | ($196,605.78) |
| Purchases | 01/07/25 | 150 | $159.9162 | ($23,987.43) |
| *Class Period purchases:* | | *7,920* | | *($1,077,871.68)* |
| | | | | |
| *Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| Sales | 01/16/25 | -1,680 | $120.1707 | $201,886.78 [2] |
| Sales | 01/16/25 | -540 | $120.4900 | $65,064.60 [2] |
| Sales | 01/16/25 | -2,440 | $120.9709 | $295,169.00 [2] |
| Sales | 01/16/25 | -2,780 | $122.7778 | $341,322.28 [2] |
| Sales | 01/16/25 | -480 | $120.4950 | $57,837.60 [2] |
| *Post-Class Period sales that match to Class Period purchases:* | | *-7,920* | | *$961,280.26* |
| | Shares Held: | 0 | $111.8284 | $0.00 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($116,591.42)** |
| Total Shares Bought: | 7,920 |
| Total Net Shares: | 7,920 |
| Total Net Expenditures: | ($1,077,871.68) |
| **AGGREGATE (ALL FUNDS) TOTAL LIFO (LOSS):** | **($494,121.67)** |

[1] *Value of shares held is the mean trading price from 01/15/25 - 03/18/25.*

2 *Pursuant to the PSLRA, the value for sales occurring during the lookback period is either the sale price or the average price up to the date of sale, whichever is higher.*