**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL SHANNAHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FTAI AVIATION LTD., JOSEPH P. ADAMS, JR., and EUN (ANGELA) NAM,<br><br>Defendants. | Case No. 1:25-cv-00541-JAV |

**[PROPOSED] ORDER GRANTING THE MOTION OF BOSTON RETIREMENT SYSTEM AND CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

Having considered the Motion of Boston Retirement System and City of Hollywood Firefighters' Pension Fund for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor,

**IT IS ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Pursuant to 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, Boston Retirement System and City of Hollywood Firefighters' Pension Fund are appointed to serve as Lead Plaintiff in the above-captioned matter.

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Boston Retirement System and City of Hollywood Firefighters' Pension Fund's selection of Labaton Keller Sucharow LLP and Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class is approved. Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Additionally, Lead Counsel shall have the following responsibilities:

   a) to brief and argue motions;

   b) to initiate and conduct discovery, including, but not limited to, coordination of discovery with defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

   c) to direct and coordinate the examination of witnesses in depositions;

   d) to act as spokesperson at pretrial conferences;

   e) to initiate and conduct any settlement negotiations with defendants' counsel;

   f) to be the contact among plaintiffs' counsel and to direct and coordinate the activities of plaintiffs' counsel;

   g) to consult with and employ experts; and

     h) to perform such other duties as may be expressly authorized by further order of this Court.

  4. No motions, request for discovery, or other pre-trial proceedings shall be initiated or filed by any plaintiff on behalf of the class or putative class without the approval of Lead Counsel.

DATED: _____

                  _____
                  HONORABLE JEANNETTE A. VARGAS
                  UNITED STATES DISTRICT JUDGE