**UNITED STATES DISTRIC T COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL SHANNAHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>FTAI AVIATION LTD., JOSEPH P. ADAMS, JR., and EUN (ANGELA) NAM,<br><br>          Defendants. | Case No.  1:25-cv-00541-JAV |

**NOTICE OF MOTION OF THE NOVA SCOTIA PUBLIC SERVICE**
**SUPERANNUATION PLAN AND THE NOVA SCOTIA TEACHERS' PENSION PLAN**
**FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the Nova Scotia Public Service Superannuation Plan ("PSSP″) and the Nova Scotia Teachers' Pension Plan ("TPP" and together with PSSP the "Nova Scotia Plans"), by and through their counsel, will and do hereby move this Court, pursuant to §21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing the Nova Scotia Plans as Lead Plaintiffs on behalf of a class (the "Class") consisting of all persons and entities that purchased or otherwise acquired FTAI Aviation Ltd. securities between July 23, 2024 and January 15, 2025, inclusive; and (2) approving proposed Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  March 18, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
mltuccillo@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movants the Nova Scotia Public Service Superannuation Plan and the Nova Scotia Teachers' Pension Plan and Proposed Lead Counsel for the Class*

1