# EXHIBIT A

**FTAI Aviation Ltd. (FTAI)**
**Class Period: July 23, 2024 to January 15, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**
**Nova Scotia Public Superannuation Plan;**
**Nova Scotia Teachers' Pension Plan**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 62-Days* Mean Price $112.0531 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Nova Scotia Public Superannuation Plan | | 7,140 | | ($952,153) | | (2,620) | | $295,787 | 7,140 | $800,059 | ($152,094) | ($149,886) |
| Nova Scotia Teachers' Pension Plan | | 5,570 | | ($745,985) | | (1,590) | | $171,819 | 5,570 | $624,136 | ($121,850) | ($128,195) |
| **Nova Scotia Public Superannuation Plan; Nova Scotia Teachers' Pension Plan** | | **12,710** | | **($1,698,138)** | | **(4,210)** | | **$467,606** | **12,710** | **$1,424,195** | **($273,944)** | **($278,081)** |
| | | | | | | | | | | | | |
| Nova Scotia Public Superannuation Plan | | | | | Preclass | 7,130 | | | | | | |
| Nova Scotia Public Superannuation Plan | 7/24/2024 | 1,040 | $111.7863 | ($116,258) | 9/26/2024 | (620) | $128.3238 | $79,561 | | | | |
| Nova Scotia Public Superannuation Plan | 7/24/2024 | 820 | $111.7483 | ($91,634) | 1/21/2025 | (1,020) | $108.0625 | $110,224 | | | | |
| Nova Scotia Public Superannuation Plan | 7/24/2024 | 890 | $111.5509 | ($99,280) | 1/21/2025 | (510) | $108.0625 | $55,112 | | | | |
| Nova Scotia Public Superannuation Plan | 7/24/2024 | 30 | $112.4400 | ($3,373) | 1/21/2025 | (450) | $108.0625 | $48,628 | | | | |
| Nova Scotia Public Superannuation Plan | 10/8/2024 | 90 | $145.7446 | ($13,117) | 3/10/2025 | (20) | $113.1065 | $2,262 | | | | |
| Nova Scotia Public Superannuation Plan | 10/8/2024 | 900 | $145.2774 | ($130,750) | | | | | | | | |
| Nova Scotia Public Superannuation Plan | 10/8/2024 | 70 | $143.6300 | ($10,054) | | | | | | | | |
| Nova Scotia Public Superannuation Plan | 11/8/2024 | 950 | $155.1194 | ($147,363) | | | | | | | | |
| Nova Scotia Public Superannuation Plan | 11/8/2024 | 120 | $155.4523 | ($18,654) | | | | | | | | |
| Nova Scotia Public Superannuation Plan | 12/19/2024 | 260 | $130.7976 | ($34,007) | | | | | | | | |
| Nova Scotia Public Superannuation Plan | 12/19/2024 | 130 | $128.9223 | ($16,760) | | | | | | | | |
| Nova Scotia Public Superannuation Plan | 12/19/2024 | 540 | $130.6030 | ($70,526) | | | | | | | | |
| Nova Scotia Public Superannuation Plan | 12/20/2024 | 280 | $133.3206 | ($37,330) | | | | | | | | |
| Nova Scotia Public Superannuation Plan | 1/7/2025 | 110 | $159.9162 | ($17,591) | | | | | | | | |
| Nova Scotia Public Superannuation Plan | 1/7/2025 | 910 | $159.8421 | ($145,456) | | | | | | | | |
| **Nova Scotia Public Superannuation Plan** | | **7,140** | | **($952,153)** | | **(2,620)** | | **$295,787** | **7,140** | **$800,059** | **($152,094)** | **($149,886)** |
| | | | | | Preclass | 5,390 | | | | | | |
| Nova Scotia Teachers' Pension Plan | 7/24/2024 | 780 | $111.7863 | ($87,193) | 1/21/2025 | (820) | $108.0625 | $88,611 | | | | |
| Nova Scotia Teachers' Pension Plan | 7/24/2024 | 610 | $111.7483 | ($68,166) | 1/21/2025 | (360) | $108.0625 | $38,903 | | | | |
| Nova Scotia Teachers' Pension Plan | 7/24/2024 | 660 | $111.5509 | ($73,624) | 1/21/2025 | (410) | $108.0625 | $44,306 | | | | |
| Nova Scotia Teachers' Pension Plan | 7/24/2024 | 20 | $112.4400 | ($2,249) | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 10/8/2024 | 70 | $145.7446 | ($10,202) | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 10/8/2024 | 740 | $145.2774 | ($107,505) | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 10/8/2024 | 60 | $143.6300 | ($8,618) | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 11/8/2024 | 760 | $155.1194 | ($117,891) | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 11/8/2024 | 100 | $155.4523 | ($15,545) | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 12/19/2024 | 210 | $130.7976 | ($27,467) | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 12/19/2024 | 110 | $128.9223 | ($14,181) | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 12/19/2024 | 440 | $130.6030 | ($57,465) | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 12/20/2024 | 210 | $133.3206 | ($27,997) | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 1/7/2025 | 90 | $159.9162 | ($14,392) | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 1/7/2025 | 710 | $159.8421 | ($113,488) | | | | | | | | |
| **Nova Scotia Teachers' Pension Plan** | | **5,570** | | **($745,985)** | | **(1,590)** | | **$171,819** | **5,570** | **$624,136** | **($121,850)** | **($128,195)** |

*Avg Closing Prices from January 15, 2025 to March 17, 2025