UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| MICHAEL SHANNAHAN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:25-cv-00541-JAV |
|  | : |  |
|  | : | CLASS ACTION |
| Plaintiff, | : |  |
|  | : |  |
|  | : | NOTICE OF MOTION FOR |
| vs. | : | APPOINTMENT AS LEAD PLAINTIFF |
|  | : | AND APPROVAL OF LEAD PLAINTIFF'S |
| FTAI AVIATION LTD., JOSEPH P. ADAMS, JR., and EUN (ANGELA) NAM, | : | SELECTION OF LEAD COUNSEL |
|  | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

---

4922-6310-1738

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class members and proposed lead plaintiff movants Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and City of Detroit General Retirement System (collectively, the "Pension Funds"), will move on July 17, 2025 at 11:00 a.m. in Courtroom 14C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, for an order appointing the Pension Funds as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*, and approving the Pension Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, the Pension Funds submit the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  March 18, 2025

                        ROBBINS GELLER RUDMAN
                         & DOWD LLP
                        DAVID A. ROSENFELD

                                 *s/ David A. Rosenfeld*
                             DAVID A. ROSENFELD

                        58 South Service Road, Suite 200
                        Melville, NY  11747
                        Telephone:  631/367-7100
                        drosenfeld@rgrdlaw.com

                        ROBBINS GELLER RUDMAN
                         & DOWD LLP
                        DANIELLE S. MYERS
                        MICHAEL ALBERT
                        KENNETH P. DOLITSKY
                        655 West Broadway, Suite 1900
                        San Diego, CA  92101
                        Telephone:  619/231-1058
                        dmyers@rgrdlaw.com
                        malbert@rgrdlaw.com
                        kdolitsky@rgrdlaw.com

- 1 -

Proposed Lead Counsel for Proposed Lead Plaintiff

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
tmichaud@vmtlaw.com

Additional Counsel

- 2 -

4922-6310-1738