UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | | x |
| MICHAEL SHANNAHAN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:25-cv-00541-JAV |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| | : | DECLARATION OF DAVID A. |
| vs. | : | ROSENFELD IN SUPPORT OF MOTION |
| | : | FOR APPOINTMENT AS LEAD |
| FTAI AVIATION LTD., JOSEPH P. ADAMS, | : | PLAINTIFF AND APPROVAL OF LEAD |
| JR., and EUN (ANGELA) NAM, | : | PLAINTIFF'S SELECTION OF LEAD |
| | : | COUNSEL |
| Defendants. | : | |
| | : | |
| | | x |

4933-7885-2138

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movants Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and City of Detroit General Retirement System (collectively, the "Pension Funds") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Pension Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of first-filed class action published on *Business Wire,* a national business-oriented wire service, on January 18, 2025;

Exhibit B:     The Pension Funds' Sworn Certifications;

Exhibit C:     Chart of the Pension Funds' estimated losses, prepared by counsel; and

Exhibit D:     The Pension Funds' Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of March, 2025.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

4933-7885-2138