# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*City of Fort Lauderdale Police and Firefighters' Retirement System v. Pegasystems Inc.*, No. 1:22-cv-11220 (D. Mass.)
*Local 272 Labor-Management Pension Fund v. The Walt Disney Company*, No. 2:23-cv-03661 (C.D. Cal.)
*Vazquez v. Masimo Corporation*, No. 3:23-cv-01546 (S.D. Cal.)
*Roofers' Pension Fund v. DXC Technology Company*, No. 1:24-cv-01351 (E.D. Va.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of February, 2025.

Central Pennsylvania Teamsters Pension
Fund – Defined Benefit Plan

By: _____
Joseph J. Samolewicz, Administrator

FTAI

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/24/2024 | 30 | $112.44 |
| 07/24/2024 | 970 | $111.75 |
| 07/24/2024 | 1,050 | $111.55 |
| 07/24/2024 | 1,240 | $111.79 |
| 10/08/2024 | 100 | $143.63 |
| 10/08/2024 | 110 | $145.74 |
| 10/08/2024 | 1,150 | $145.28 |
| 11/08/2024 | 150 | $155.45 |
| 11/08/2024 | 1,210 | $155.12 |
| 12/19/2024 | 170 | $128.92 |
| 12/19/2024 | 320 | $130.80 |
| 12/19/2024 | 690 | $130.60 |
| 12/20/2024 | 350 | $133.32 |
| 01/07/2025 | 140 | $159.92 |
| 01/07/2025 | 1,160 | $159.84 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*City of Fort Lauderdale Police and Firefighters' Retirement System v. Pegasystems Inc.*, No. 1:22-cv-11220 (D. Mass.)
*Local 272 Labor-Management Pension Fund v. The Walt Disney Company*, No. 2:23-cv-03661 (C.D. Cal.)
*Vazquez v. Masimo Corporation*, No. 3:23-cv-01546 (S.D. Cal.)
*Roofers' Pension Fund v. DXC Technology Company*, No. 1:24-cv-01351 (E.D. Va.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of February, 2025.

Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987

By: _____
Joseph J. Samolewicz, Administrator

FTAI

## SCHEDULE A

### SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/24/2024 | 20 | $112.44 |
| 07/24/2024 | 500 | $111.75 |
| 07/24/2024 | 540 | $111.55 |
| 07/24/2024 | 640 | $111.79 |
| 10/08/2024 | 50 | $143.63 |
| 10/08/2024 | 60 | $145.74 |
| 10/08/2024 | 600 | $145.28 |
| 11/08/2024 | 80 | $155.45 |
| 11/08/2024 | 620 | $155.12 |
| 12/19/2024 | 80 | $128.92 |
| 12/19/2024 | 160 | $130.80 |
| 12/19/2024 | 350 | $130.60 |
| 12/20/2024 | 180 | $133.32 |
| 01/07/2025 | 70 | $159.92 |
| 01/07/2025 | 560 | $159.84 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/12/2024 | 250 | $145.33 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of Detroit General Retirement System ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      (a)      Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Rammohan v. Stanley Black & Decker, Inc.*, No. 3:23-cv-00369 (D. Conn.)

(b)      Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*City of Fort Lauderdale Police and Firefighters' Retirement System v. Pegasystems Inc.*, No. 1:22-cv-11220 (D. Mass.)
*In re AT&T Inc. Sec. Litig.*, No. 2:23-cv-04064 (D.N.J.)
*General Retirement System of the City of Detroit v. Verizon Communications, Inc.*, No. 3:23-cv-05218 (D.N.J.)
*Vazquez v. Masimo Corporation*, No. 3:23-cv-01546 (S.D. Cal.)
*Salem v. Methode Electronics, Inc.*, No. 1:24-cv-07696 (N.D. Ill.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

FTAI

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _14_ day of March, 2025.

City of Detroit General Retirement System

By: _____

Its: __David Cetlinski_____

- 2 -

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Common Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/24/2024 | 20 | $112.44 |
| 07/24/2024 | 720 | $111.75 |
| 07/24/2024 | 780 | $111.55 |
| 07/24/2024 | 920 | $111.79 |
| 10/08/2024 | 70 | $143.63 |
| 10/08/2024 | 80 | $145.74 |
| 10/08/2024 | 860 | $145.28 |
| 11/08/2024 | 110 | $155.45 |
| 11/08/2024 | 900 | $155.12 |
| 12/19/2024 | 120 | $128.92 |
| 12/19/2024 | 240 | $130.80 |
| 12/19/2024 | 510 | $130.60 |
| 12/20/2024 | 260 | $133.32 |
| 01/07/2025 | 110 | $159.92 |
| 01/07/2025 | 850 | $159.84 |

**Bond**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 11/13/2024 | 7.875% due 12/01/2030 | 73,000 | $106.38 |
| 11/19/2024 | 7.875% due 12/01/2030 | 30,000 | $106.25 |

Prices listed are rounded up to two decimal places.