**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MICHAEL SHANNAHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FTAI AVIATION LTD., JOSEPH P. ADAMS, JR., and EUN (ANGELA) NAM,<br><br>Defendants. | Case No. 1:25-cv-00541-JAV |

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF BOSTON RETIREMENT SYSTEM AND CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Boston and Hollywood Firefighters respectfully submit this Reply Memorandum of Law in further support of their unopposed Motion for appointment as Lead Plaintiff and approval of selection of counsel (ECF No. 18).[1]

While six other movants initially filed motions seeking appointment as Lead Plaintiff, each of these movants has now withdrawn their motion or filed a notice of non-opposition to Boston and Hollywood Firefighters's Motion.  *See* ECF Nos. 40, 42-46.  Accordingly, Boston and Hollywood Firefighters's Motion is unopposed.

Boston and Hollywood Firefighters easily satisfy the requirements for appointment as Lead Plaintiff under the PSLRA as they have the largest financial interest among the movants, their claims are typical, and they will fairly and adequately protect the interests of the class.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  Boston and Hollywood Firefighters suffered substantial losses of approximately $494,122 on a LIFO basis in connection with their Class Period transactions in FTAI securities.  *See* ECF No. 20 at 6.  Moreover, Boston and Hollywood Firefighters fully understand the Lead Plaintiff's responsibilities and obligations to the class under the PSLRA and are committed to ensuring the vigorous prosecution of this litigation.  *See* ECF No. 24-3, ¶¶ 14-16.

Finally, no movant has submitted a response brief challenging any aspect of Boston and Hollywood Firefighters's Motion or their entitlement to appointment as Lead Plaintiff—let alone presenting the "proof" necessary to rebut their presumptive status as the most adequate plaintiff under the PSLRA.  15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) (requiring "proof" to rebut presumption).  Accordingly, it is undisputed that Boston and Hollywood Firefighters are the most adequate

---

[1]    All capitalized terms are defined in Boston and Hollywood Firefighters's Motion and accompanying Memorandum of Law (ECF Nos. 18 & 20).

plaintiff, and Boston and Hollywood Firefighters respectfully request that the Court appoint them as Lead Plaintiff and approve their selection of Labaton and Kessler Topaz as Lead Counsel for the class.

DATED:  April 25, 2025

Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville
Connor C. Boehme
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Naumon A. Amjed
Darren J. Check
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for Boston Retirement System and City of Hollywood Firefighters' Pension Fund and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Lead Plaintiff Movants Boston and Hollywood Firefighters, certifies that this Reply Memorandum of Law in further support of Boston and Hollywood Firefighters' Motion contains 309 words and is in compliance with the word-count limitation of Local Civil Rule 7.1(c).

DATED:  April 25, 2025                           Respectfully submitted,

                                                 */s/ Francis P. McConville*

                                                 **LABATON KELLER SUCHAROW LLP**
                                                 Francis P. McConville
                                                 140 Broadway
                                                 New York, NY 10005
                                                 Telephone: (212) 907-0700
                                                 Facsimile: (212) 818-0477
                                                 fmcconville@labaton.com

3