**MEMO ENDORSED**



Writer's Direct Dial: 484-270-1465
Email: snirmul@ktmc.com
*Please reply to the Radnor Office*

July 22, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007-1312

SO ORDERED:

The Honorable Jeannette A. Vargas
United States District Judge
Dated: July 22, 2025

Re:    *Shannahan v. FTAI Aviation Ltd. et al.*, No. 1:25-cv-00541-JAV

Dear Judge Vargas:

We write jointly on behalf of Boston Retirement System and City of Hollywood Firefighters Pension Fund (collectively, "Lead Plaintiffs"), and Defendants FTAI Aviation Ltd., Joseph P. Adams, Jr., and Eun (Angela) Nam (collectively, "Defendants"), pursuant to Your Honor's July 17, 2025 order (ECF No. 55).

The parties have met and conferred on a deadline for Lead Plaintiffs to file an amended complaint and for Defendants' responses thereto and respectfully propose the following schedule:

1.  Lead Plaintiffs shall file their amended complaint on or before September 18, 2025.

2.  Defendants shall answer or otherwise respond to the amended complaint on or before November 20, 2025.

3.  Lead Plaintiffs shall file their opposition to any motion to dismiss on or before January 22, 2026.

4.  Defendants shall file their reply to the opposition to the motion to dismiss on or before February 23, 2026.

We are available at the Court's convenience to discuss this request. Thank you for your consideration.

Respectfully submitted,

Sharan Nirmul

cc:    All counsel of record (via ECF)

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
KTMC.COM