UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CITY OF HOLLYWOOD FIREFIGHTERS' PENSION     :
FUND and BOSTON RETIREMENT SYSTEM,          :
*Individually and on Behalf of All Others Similarly Situated*,:
                                            :
                    Plaintiffs,             :          25-CV-0541 (JAV)
                                            :
         -v-                                :
                                            :
FTAI AVIATION LTD., JOSEPH P. ADAMS, JR., and :
EUN (ANGELA) NAM,                           :
                                            :
                    Defendants.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF TANSY WOAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

I, Tansy Woan, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.       I am admitted to the bars of the State of New York and this Court.  I am a member of the firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants FTAI Aviation Ltd. ("FTAI"), Joseph P. Adams, Jr., and Eun (Angela) Nam ("Defendants") in the above-captioned action.

2.       I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint, filed concurrently herewith, and transmit true and correct copies of the following documents, to which reference is made in Defendants' accompanying Memorandum of Law:

| Exhibit | Description |
|---------|-------------|
| A | Muddy Waters Research, *FTAI Aviation* (January 15, 2025) |
| B | SnowCap, *FTAI Aviation (Nasdaq:FTAI)* (January 29, 2025) |

| Exhibit | Description |
| --- | --- |
| C | FTAI Q2 2024 Earnings Call Transcript (July 24, 2024) |
| D | FTAI Annual Report for the Fiscal Year Ended December 31, 2024, filed on Form 10-K with the SEC (March 3, 2025) |
| E | FTAI Q3 2024 Earnings Call Transcript (October 31, 2024) |
| F | FTAI Q4 2022 Earnings Call Transcript (February 24, 2023) |
| G | FTAI Q3 2022 Earnings Call Transcript (October 28, 2022) |
| H | FTAI Annual Report for the Fiscal Year Ended December 31, 2023, filed on Form 10-K with the SEC (February 26, 2024) |
| I | Financial Accounting Standards Board, Accounting Standards Codification Topic 360, *Property, Plant, and Equipment*, *available at* https://asc.fasb.org/360/showallinonepage |
| J | FTAI Q3 2024 Quarterly Report for the Period Ended September 30, 2024, filed on Form 10-Q with the SEC (November 12, 2024) |
| K | Financial Accounting Standards Board, Accounting Standards Codification Topic 330, *Inventory*, *available at* https://asc.fasb.org/330/showallinonepage |
| L | FTAI Q2 2024 Quarterly Report for the Period Ended June 30, 2024, filed on Form 10-Q with the SEC (August 9, 2024) |
| M | Financial Accounting Standards Board, Accounting Standards Codification Topic 606, *Revenue from Contracts with Customers*, *available at* https://asc.fasb.org/606/showallinonepage |
| N | FTAI Letter to the Securities and Exchange Commission's Division of Corporate Finance (November 27, 2024), *available at* https://www.sec.gov/Archives/edgar/data/1590364/000114036124047965/filename1.htm |
| O | FTAI Letter to the Securities and Exchange Commission's Division of Corporate Finance (January 3, 2025), *available at* https://www.sec.gov/Archives/edgar/data/1590364/000114036125000197/filename1.htm |

| Exhibit | Description |
|---------|-------------|
| P | FTAI Q2 2022 Earnings Call Transcript (July 28, 2022) |
| Q | FTAI Annual Report for the Fiscal Year Ended December 31, 2022, filed on Form 10-K with the SEC (February 27, 2023) |
| R | FTAI Press Release filed with Form 8-K with the SEC (January 21, 2025) |
| S | FTAI Press Release filed with Form 8-K with the SEC (February 20, 2025) |
| T | FTAI Annual Report for the Fiscal Year Ended December 31, 2015, filed on Form 10-K with the SEC (March 10, 2016) |
| U | FTAI Press Release filed with Form 8-K with the SEC (July 24, 2024) |
| V | Financial Accounting Standards Board, Accounting Standards Codification Topic 230, *Statement of Cash Flows*, *available at* https://asc.fasb.org/230/showallinonepage |
| W | FTAI Historical Stock Price Chart (July 23, 2024 to September 18, 2025) |

Executed on November 20, 2025, in New York, New York.

_____
Tansy Woan