# Exhibit B

SNOWCAP

# FTAI Aviation (Nasdaq:FTAI)

## SHORT

29 January 2025

SNOWCAP

# Important Disclaimer

This presentation is for discussion and informational purposes only. The views expressed herein represent the opinions of Snowcap and its affiliates (collectively, "Snowcap", "we", "us", or "ours") as of the date hereof. Snowcap reserves the right to change or modify any of its opinions expressed herein at any time and for any reason and expressly disclaims any obligation to correct, update or revise the information contained herein or to otherwise provide any additional materials. This presentation and its contents are not intended to be and do not constitute or contain any financial product advice. Investors should seek their own financial, legal and tax advice in respect of any decision regarding any securities discussed herein. You should do your own research and due diligence before making any investment decisions, including with respect to the securities discussed herein. **We have a short interest in FTAI's securities and therefore stand to realize significant gains on our investment in the event that the price of such securities declines.** Depending on market conditions, we may exit our position at any time for any reason.

All of the information contained herein is based on publicly available information with respect to FTAI Aviation ("FTAI" or the "company"), including public filings made by the company and other sources, as well as Snowcap's analysis of such publicly available information. Snowcap has relied upon and assumed, without independent verification, the accuracy and completeness of all data and information available from public sources, and no representation or warranty is made that any such data or information is accurate. Snowcap recognises that there may be confidential or otherwise non-public information with respect to the company that could alter the opinions of Snowcap were such information known. No representation, warranty or undertaking, express or implied, is given as to the reliability, accuracy, fairness or completeness of the information or opinions contained herein, and Snowcap and each of its directors, officers, employees, representatives and agents expressly disclaim any liability which may arise from this presentation and any errors contained herein and/or omissions here from or from any use of the contents of this presentation.

Except for the historical information contained herein, the information and opinions included in this presentation constitute forward-looking statements, including estimates and projections prepared with respect to, among other things, the company's anticipated operating performance, the value of the company's securities, debt or any related financial instruments that are based upon or relate to the value of securities of the company (collectively, "company securities"), general economic and market conditions and other future events. You should be aware that all forward-looking statements, estimates and projections are inherently uncertain and subject to significant economic, competitive, and other uncertainties and contingencies and have been included solely for illustrative purposes. Actual results may differ materially from the information contained herein due to reasons that may or may not be foreseeable. There can be no assurance that the company securities will trade at the prices that may be implied herein, and there can be no assurance that any opinion or assumption herein is, or will be proven, correct.

This presentation and any opinions expressed herein should in no way be viewed as advice on the merits of any investment decision with respect to the company, company securities or any transaction. This presentation is not (and may not be construed to be) legal, tax, investment, financial or other advice. Each recipient should consult their own legal counsel and tax and financial advisers as to legal and other matters concerning the information contained herein. This presentation does not purport to be all-inclusive or to contain all of the information that may be relevant to an evaluation of the company, company securities or the matters described herein. This presentation does not constitute (and may not be construed to be) a solicitation or offer Snowcap or any of its directors, officers, employees, representatives or agents to buy or sell any company securities or securities of any other person in any jurisdiction. This presentation does not constitute financial promotion, investment advice or an inducement or encouragement to participate in any product, offering or investment or to enter into any agreement with the recipient. No agreement, commitment, understanding or other legal relationship exists or may be deemed to exist between or among Snowcap and any other person by virtue of furnishing this presentation. No representation or warranty is made that Snowcap's investment processes or investment objectives will or are likely to be achieved or successful or that Snowcap's investments will make any profit or will not sustain losses. Past performance is not indicative of future results.

In no event will we be liable for any direct or indirect trading losses caused by any information available on this presentation. Think critically about our opinions and do your own research and analysis before making any investment decisions. We are not registered as an investment advisor in any jurisdiction. By downloading, reading or otherwise using this presentation, you agree to do your own research and due diligence before making any investment decision with respect to securities discussed herein, and by doing so, you represent to us that you have sufficient investment sophistication to critically assess the information, analysis and opinions in this presentation. You should seek the advice of a security professional regarding your stock transactions. The value of any investment or income may go down as well as up, and investors may not get back the full (or any) amount invested. Past performance is not necessarily a guide to future performance. Neither Snowcap nor any of its principals or agents accept any liability for any loss (including investment loss) or damage arising out of the use of all or any of our presentations.

As of the publication date of this presentation, the Snowcap (possibly along with or through our members, partners, affiliates, employees, and/or consultants) along with our clients and/or investors has a short position in FTAI, and therefore stands to realize significant gains in the event that the price of FTAI's stock herein declines. Snowcap also reserves the right to take any actions with respect to its investments in the company as it may deem appropriate. Following publication of this report, we intend to continue transacting in the securities covered therein, and we may be long, short, or neutral at any time hereafter regardless of our initial opinion. We can and will trade our underlying position, including exiting in whole or in part, at any time for any reason, including market conditions and risk management. You should not assume any minimum holding period.

Snowcap has not sought or obtained consent from any third party to use any statements or information contained herein. Any such statements or information should not be viewed as indicating the support of such third party for the views expressed herein. All trademarks and trade names used herein are the exclusive property of their respective owners.

2

SNOWCAP

# Contents

1.  **Egregiously High Inventory Values Suggest FTAI has Inflated its Aerospace EBITDA**

2.  **We Estimate ~50% of Aerospace EBITDA is Repackaged One-off Covid Trading Gains from FTAI's Leasing Business**

3.  **Evidence Suggests FTAI has Misrepresented its Aerospace Business Model to Investors**
    o Former FTAI Executive Says No Third-Party Module Swaps at Montreal
    o TAM 8x Smaller than Claimed

4.  **Where is FTAI's Cash Flow?**
    o FTAI Under-Reports Maintenance Capex

5.  **Selective Environmental Claims**

# Executive Summary

- We are short FTAI Aviation ("FTAI" or "the Company"). We agree with many of the conclusions of the Muddy Waters report published on 15 January, and today **we are sharing <u>new</u> findings from <u>our own</u> 3-month investigation into FTAI**.

- As part of our investigation, **we spoke to former FTAI Executives, industry experts, and competitors who all seemed equally confounded by the accounting and public disclosures** of FTAI's Aerospace Segment. Based on our findings, **we are led to believe that FTAI's Aerospace Segment is in substance an elaborate fabrication**.

- Specifically, FTAI's supposed **Aerospace business model seems illusory**; a former FTAI executive told us that FTAI is "not really" performing 3rd party module swaps at its key facility "no matter what the reporting says"! And, by our estimate, as much as **50% of the Segment's profits are just repackaged, one-off Covid gains** from FTAI's leasing business. FTAI's inventories also look egregiously overvalued, suggesting that the Company may have **inflated its Aerospace profits by marking up the value of older engines** it receives as payment.

- For context, aircraft and engine lessors typically trade on the book value of their assets. Yet FTAI trades at 87x book because it has convinced investors to value it at a premium MRO multiple of its reported EBITDA[1]. We believe FTAI's EBTIDA is at best meaningless, and at worst, materially inflated. **Symptomatic of this, FTAI appears to be generating much less underlying cash flow than investors have been led to believe.** All considered, we believe the potential downside in FTAI's stock may be significant.

- *Disclaimer: Snowcap have a short position in FTAI. As such, we have a vested interest in the price of FTAI's stock declining. We can and will trade our underlying position, including exiting in whole or in part, at any time for any reason.*

---

[1] FTAI's Aerospace Segment trades at an implied 22x Run-rate EBITDA - a premium to MRO peers such as SARO, MTX and AIR.

4

SNOWCAP

# Snowcap's New Findings

| Muddy Waters' Key Allegations | Snowcap Additional Findings |
|---|---|
| • FTAI misleads investors by presenting whole engine sales as individual module sales<br>• FTAI is Inflating Aerospace products EBITDA by over-depreciating engines in leasing segment<br>• FTAI is engaging in channel stuffing | **We believe:**<br>▪ **FTAI has inflated its Aerospace EBITDA via inventory accounting games**<br>▪ **As much as 50% of FTAI's Aerospace EBITDA is from one-off Gains generated from buying Leasing engines at bargain prices during Covid**<br>▪ **FTAI has mislead investors about its Aerospace business model and TAM**<br>▪ **Symptomatic of the Company inflating its profits, FTAI appears to be generating much less underlying cash flow than investors likely believe** |

5

SNOWCAP

# Aircraft and Engine Lessors Typically Trade on Book Value

- Even *following* FTAI's recent share price slump, the stock trades at a massive premium to other lessors on a price-to-book basis – signalling investor belief that it is more than just a leasing business.

### Aircraft and Engine Lessors – Price/Book



*Source: CapitalIQ as of 28/01/25*

6

SNOWCAP

# Former Executives and Competitors are Confounded by FTAI's Accounting and Disclosures

Fellow panelist Graeme Crickett, chief technical officer of SMBC Aero Engine Lease, **joked that the financial complexities of [FTAI's module accounting] must require FTAI to *"give its accountants Valium,"***

Aviation Weekly, June 2024

*"**unless you were an accountant on the inside, I think you would struggle to get a grasp of the accounting** from the publicly available information... **that's based on me spending hours if not weeks of my life looking at the 10K myself and [trying to] back it out"***

*"I've been at a couple of [FTAI] Investor days and **I kind of come away from them sometimes more confused than I went in"***

Former FTAI Executive 1

*"I was kind of **rubbing my eyes [at the Aerospace profits] and say[ing], how did you come up with that?... They would do whatever they can to boost that** and make that side of the business [Aerospace] look strong within the rules of accounting"*

Former FTAI Executive 2

7

SNOWCAP

# 1. Egregiously High Inventory Values Suggest FTAI has Inflated its Aerospace Profits

SNOWCAP

# FTAI's Inventories Appear to be 50% More Expensive Per Module than its COGs

- Indicative that FTAI has inflated its Aerospace profits, the Company's inventories appear to be significantly overvalued.
- As of Q1 2024, we calculate that FTAI's inventories had an average book value of $1.54 million per CFM56 module[1]. In the same quarter, based on detailed commentary provided in FTAI's earnings call, we estimate that the modules sold by FTAI's Aerospace Segment had an average book value of just $1.01 million[2].



[1] This has since become difficult to calculate due to the addition of large numbers of V2500 engines to FTAI's inventories. See appendix for calculation.

[2] See appendix for calculation.

# This Seems Inexplicable, Suggesting FTAI has Inflated its Aerospace Profits

- This makes no sense. Because many of FTAI's inventories are run-out and under repair, we would expect them to have a *lower* book value than the modules FTAI sold. Not higher.
- The difference is even more inexplicable considering that FTAI's Aerospace sales have supposedly contained a higher proportion of more expensive modules in recent periods[1]. This appears to be supported by FTAI's listed for sale inventories, which show higher numbers of low value modules available.
- We think either FTAI has over-valued old modules that it receives in exchange sales, or it is understating the cost of modules it has sold.

**FTAI Module Store – Available Modules. Inventories Appear to Contain Mostly Low Value Modules**

| # of Modules | # | % |
|---|---|---|
| Cores | 6 | 13% |
| LPTs | 19 | 40% |
| Fans | 22 | 47% |
| Total | 47 | 100% |

*Source: FTAI Module Store*

*"So fans and boosters and HPTs are kind of a dime a dozen right now, so there's not much premium on them. However, a serviceable core could easily run at 15 to 20% upside in itself".*

Former FTAI Executive 1

---

[1] CFM56 engines are comprised of 3 modules; a core, an LPT and a fan. Core modules are the most expensive. Fans are the least. In Q1-24, FTAI said it generated "about $600,000 per module sale or exchange" vs $500,000 average per module in previous quarters (Earnings Call Q4-23).

SNOWCAP

# FTAI's Inflated Inventories are Concerning Given the Seemingly High Level of Accounting Discretion FTAI Has Over its Aerospace Profits

| Accounting Game | Potential Conflict | Impact |
|---|---|---|
| **1 Value of Engine Exchanges** As part of exchange transactions, FTAI has discretion to book value of used engine/modules received from the customer as revenue. | Incentive to overstate value of engines/modules received. | **Inflates Aerospace Revenue and EBITDA.** |
| **2 Module Value Assignment** FTAI has discretion to assign book value to individual modules when deconstructing an engine. | Incentive to under-allocate book value towards modules that are sold to customers and over-allocate book value to modules that will be retained in inventory / transferred to Leasing segment. | **Understates Aerospace Cost of Sales, inflating EBITDA.** |
| **3 Transfer of Heavy Maintenance Spend** FTAI has discretion over which engines/modules to sell to third parties and which to transfer to its Leasing segment at cost. | Incentive to assign low-margin heavy maintenance repairs for transfer to Leasing segment and avoid these costs from impacting Aerospace P&L. | **Inflates EBITDA margin** |
| **4 Depreciation Schedule** FTAI has discretion over 'residual value' of engines within its Leasing segment. *Discussed in Muddy Waters Report (15/01)* | Incentive to 'over depreciate' leasing assets so that they are below fair market value when transferred to Aerospace inventory. | Understates value of assets transferred to Aerospace inventory, inflating EBITDA where those assets are then sold |

11

SNOWCAP

# Accounting Issue 1: **FTAI's Aerospace Profits are Predicated on the Valuation FTAI Ascribes to Old Engines**

- 80% of FTAI's Aerospace sales are exchange sales in which FTAI receives a customer's old, run-out engine as 00partial payment for a new one[1].
- Based on comments made by an FTAI executive at a 2023 investor day[2], our understanding is that FTAI ascribes a value or "sales credit" to these old engines and books this as revenue. By our calculation, based on the illustrative example provided by management, this sales credit accounts for as much as 80% of the EBITDA for an individual exchange sale.

**Illustrative Module Swap Economics based on FTAI Management Commentary**

| $m | |
|---|---|
| Cash received | 1.75 |
| Sales credit for old modules | 0.80 |
| Total revenue | 2.55 |
| (-) Cash cost of new modules | (1.55) |
| EBITDA | 1.00 |
| *% of EBITDA from exchange credit* | *80%* |

*Source: Snowcap's interpretation of management's commentary from Investor Day Presentation June 2023*

---

[1] Investor Day Presentation June 2023, Page 10

[2] *"So to your question, how are we sourcing the fan for $600,000, that's actually a net exchange number. So the real number, the gross number is 0.9 [million], just for an example. And then the credit we give back to the customer for their module, which has value to us, is $300,000, so that gets you to the $600,000....What's the gross number for the LPT? For a runout module, it would be about the same with the 5,000 [cycles]. It's about $500,000 total, about $0.5 million." – FTAI Executive, June 2023 Investor Day Transcript.*

12

SNOWCAP

# Accounting Issue 2: **FTAI has Significant Discretion Over How It Allocates Costs to Sales vs Inventories**

- FTAI's Head of Engine Leasing recently explained at a conference that FTAI allocates the costs of its engines across each of the 3 individual modules in them. These modules are then interchanged with other engines and or sold separately.
- Not only is this arrangement complex we believe it affords FTAI significant discretion over how it allocates costs to individual sales. One competitor even publicly joked that this must require FTAI to **"give its accountants Valium."**[1]

**Illustrative Potential Accounting Flaw** (Snowcap)

*Note: Numbers are illustrative only*



---

[1] Aviation Weekly, "Overhaul Alternatives 'Not the Holy Grail,' Says MTU Leasing Director, June 2024

13

SNOWCAP

# Accounting Issue 3: **We Suspect Lower Margin, Repair-Intensive Modules Naturally Accumulate in FTAI's Inventories**

- Some of the modules in FTAI's inventories require heavy repair work. Others (with cycles remaining) – can be resold with little to no work required[1]. Because of this, we suspect that the margins for the latter are much higher.
- Our concern is that FTAI's Aerospace sales contain a disproportionate volume of the quick, high margin module flip sales while the slow, low margin repair sales have ended up either accumulating in FTAI's inventories or being transferred to its leasing business at cost.

### Illustrative Potential Accounting Flaw (Snowcap)

*Note: Numbers are illustrative only*



---

[1] *"Say the core has 8,000 cycles and the other two components have zero, it can take out the core to a minor shop and then sell that module serviceable rather than have to do a full induction on all three modules or the engine as a whole. So that module aspect can be quite profitable"* – Former FTAI Executive [1]

14



# FTAI Can Wash Out Excess Inventory Costs Through Depreciation Charges in its Leasing Business

- Investors might reason that if FTAI's inventories were overvalued, at some point this will impact the Aerospace Segment's profits. But one of the points Muddy Waters makes well in their report (page 37) is that FTAI's accounting policies allow it to wash out excess inventory costs by simply transferring overvalued inventories to is Leasing Business, where the engines are depreciated to their residual value.

- In the 9 months to September 2024, supplementary disclosures reveal that FTAI transferred $160m of Aerospace inventories to leasing equipment; equivalent to ~50% of total Aerospace inventories at the start of the year[1].

**FTAI Appears to Move Inventory Back Into Leasing, Further Gaming Carrying Values. Recall, Assets are Depreciated Even When Off-Lease**

MUDDY WATERS RESEARCH

Below is an excerpt from FTAI's Q2 2024 10-Q which reports supplemental disclosure for non-cash activities. Balance sheet non-cash transfers from inventory to leasing are highlighted in red.

| (in thousands) | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2024 | 2023 |
| Cost of modules and parts sold sourced from engines originally within leasing equipment | $ 33,663 | $ 30,045 |
| Transfers of engines from leasing equipment to inventory for manufacturing and sale | 143,678 | 147,285 |
| Transfers of inventory to leasing equipment for rebuilding and sale of engines | (159,876) | (53,533) |



**Former FTAI executive:** "So that inventory, let's say it's got high book value. [I'm assuming] they'll just call the leasing team and put this engine back on lease, and then we'll just get some depreciation of the year, run it down, and then we'll transfer it back to Aerospace Products... Because, you know, you like, oh shit, if I'm not gonna make, you know, 35% margin on that module, it's really going to affect my numbers or my valuation. So I'll pop it back to leasing for three months, find a customer, put it on wing for six months a year, two years, whatever the life is. And then, you know, comes off wing, which is to the same circus again."[1]

[1] Source C.

MUDDY WATERS RESEARCH                                                                        37

---

[1] FTAI Q3 2024 10-Q

15

SNOWCAP

# We Believe FTAI's Internal Transfer Accounting Allows It to Perpetually Inflate Aerospace EBITDA

*Illustrative Potential Flaws with FTAI's Transfer Accounting*[1]



[1] *Source: Snowcap*

16

SNOWCAP

# 2. We Estimate 50% of Aerospace Profits are from One-off Covid Trading Gains

SNOWCAP

# FTAI Acquired Large Numbers of CFM56 Engines at Bargain Prices During the Depths of Covid

- In late 2020, news outlets reported that FTAI was acquiring large volumes of CFM56 engines "extremely distressed prices"; quoted as being 30-40% lower than pre-covid levels. This decision by FTAI was considered bold at the time[1]. But FTAI's gamble paid off. In the years since, CFM56 engine values have reportedly risen more than 50%-100%[2], generating a significant windfall for FTAI.
- A Former FTAI executive told us that CFM56 engine prices are now at the top of their 15-year cycle.



**Narrowbody Aircraft Market Values ($m)**
19/20-year-old aircraft. One aircraft reflects value of airframe and two engines

**FTAI acquired 241 engines from 2020-21**

Legend: A319-100, A320-200, B737-800

---

[1] Industry peers described FTAI's prediction that engine prices would rise in the future to be "wildly ambitious".
[2] Bloomberg Intelligence, Ishka Global

18

# According to an FTAI Executive, these 'Covid Engines' Provided the "Feedstock" for FTAI's Aerospace Business

- In a recent podcast, FTAI's Head of CFM claimed that these Covid engines provided the "seed feedstock" for FTAI's Aerospace Business.

*"We made hay while the sun was shining and we were able to get a lot of good assets at a good value that now are paying off.* **A lot of those assets were the <span style="color:red">seed feedstock to feed the modules business</span>, the parts business. And so it's helped us get a head start."**

FTAI Head of CFM, <u>Aerospace Executive Podcast</u>, September 2023

19

SNOWCAP

# By Transferring these Engines at Cost, We Think FTAI Repackaged One-Off Trading Gains as Recurring Aerospace EBITDA

- Critically, FTAI transferred the engines at their original cost (less any accumulated depreciation) meaning that any change in the market value of the engines since purchase has been captured as EBITDA by the Aerospace Segment.
- In doing so, we believe FTAI has repackaged these one-off Gain on Sale profits within its supposedly recurring Aerospace EBITDA. Had the Company simply booked gains in its Leasing Segment, we suspect investors would mostly have disregarded the profits as one-off.



20

# A Former FTAI Executive Described the Covid Gains as the Primary Driver of FTAI's Recent Results

*"The results you're seeing right now is probably the [engine selling] activity culminating with the favourable or fortunate buy-side through COVID...* **they bought well for 18 months, held it for six to 12 months, and then** <span style="color:red">**the last 12 to 18 months has been the gain on sale of those assets in the height of the market."**</span>

*"So if you had an engine for 7500 cycles, you bought it [during Covid] for $4 million and you sat on it for 2 years, you'd be sitting on an $8 million asset. So your whole cost would be a 100% return or a $4 million upside. That's on a one engine basis.* **So you do that across a fleet of whatever they bought through Covid, call it a hundred engines.** <span style="color:red">**You can see why the EBITDA a gains have been so excessively high.**</span>

*"Everybody jumping on the bandwagon by seeing the EBITDA, which is in my view from <u>an analytics perspective, kind of inflated"</u>*

Former FTAI Executive 1

21

SNOWCAP

# We Estimate these Covid Gains May Account for 50% of FTAI's Aerospace Profits

- Irrespective of whether FTAI has subsequently performed additional work on these engines, we believe these Covid gains have made a material contribution to FTAI's Aerospace profits in recent periods.
- Between Q1 2023, and Q3 2024, FTAI sold a total of 79 engines in its Leasing Business, for a total Gain on Sale of $116 million; or $1.5million per engine (assuming airframe sales were made at book[1]).
- Using the average Gain on Sale per engine in FTAI's Leasing Business as a proxy, we estimate these Covid gains may have contributed as much as 49% of the Aerospace Segment's total profits since Q1 2023.

### Estimated Contribution of Covid Trading Gains to Aerospace EBITDA[2]

| $ millions | Q1'23-Q3'24 |
|---|---|
| Avg. Gain on Sale per Engine within **Leasing Segment**[1] | $1.47m |
| (x) # of Engine Equivalents Sold in **Aerospace** | 141 |
| **Estimated Aerospace EBITDA from Covid Trading Gains** | **$207.3m** |
| (/) Cumulative Aerospace EBITDA | $423.3 |
| **% Module EBITDA from One-off Trading Gains** | **49%** |

---

[1] In 2021, FTAI's CEO claimed that the Company often acquires engines by acquiring aircraft and scrapping the airframe (JP Morgan Virtual Industrial Conference Transcript March 2021). We assume that FTAI's airframe sales are mostly these scrap sale transactions.
[2] Snowcap estimate, Company Filings.

22

SNOWCAP

# 3. Evidence Suggests FTAI has Misrepresented its Aerospace Business Model to Investors

- Comments by a former FTAI executive lead us to believe that **FTAI is "not really" performing 3rd party module swaps as a *service***. At best, we believe the Company is just *selling* modules/engines.

- We suspect that **most of FTAI's module sales are whole engine sales**, due to the small number of inventories listed for sale as modules on FTAI's website – corroborating Muddy Waters' findings.

- **FTAI's purported growth seems illusory**; at a group level, the # of engine equivalents sold by FTAI has been stagnant since Q1 2023.

- A notable change in FTAI's press release language leads us to suspect that **FTAI's recent module guidance numbers may include modules transferred to its leasing business**, not just 3rd party sales.

- FTAI's self-proclaimed TAM contradicts its own purported business model. We estimate **FTAI's TAM is a fraction of the size claimed.**

24

# One of the Key Investor Beliefs Perpetuated by FTAI is that its Aerospace Segment is Like a "3rd Party MRO" *Service*[1]

- We think investors are led to believe that FTAI provides "modular shop visits"[2] to third parties at its facilities Montreal & Miami. This underpins FTAI's characterization of its Aerospace Segment as a *service*[3] business with "sticky"[4] and recurring revenues.

### FTAI Says it Has 50 Customers <u>in</u> its Montreal Facility

**Joseph P. Adams**
*Chairman & CEO*

Lots of aspects of that question. But just if you start off and you -- we indicated that we have now 50 customers in our module factory. And if you think back in 2022, when we sort of rolled out our math for getting to $1 billion, we were forecasting $50 million by 2026.

*Source: Earnings Call Q2 2024*

### FTAI Tells Investors that its Aerospace Segment is "Providing a *Service* to Airlines".

**Joseph P. Adams**
*Chairman & CEO*

We also have a service component. As I said, we're providing a service to airlines **that provides real cost savings**. So I think it's a hybrid model. Leasing element of it is important to give people the flexibility and to structure transactions more efficiently. But really, it's about providing savings and service.

*Source: Earnings Call March 2023*

---

[1] Wolfe Research
[2] FTAI Investor Day Presentation June 2023
[3] *"We also have a* **service** *component. As I said, we're providing a* **service** *to airlines"* – FTAI CEO, Earnings Call, March 2023
[4] FTAI Investor Day Presentation June 2023, Page 13

25

SNOWCAP

# But a Former FTAI Executive Told Us FTAI is "Not Really" Performing 3rd Party Module Swaps in Montreal, "No Matter What the Reporting Says"

*"[The Montreal Facility] is not really generating third party business no matter what the reporting says... There is a very, very low amount of truly external [business] in the sense of [FTAI] selling module services to someone else."*

*You can see on the, in the public domain that a lot of [the Aerospace Segment's revenues] are now declared as third party. So I'm just, I'm just kind of questioning, or I would be careful with this. Third party can [mean] a lot of things, right? It's not that there's a long list of airlines that say, oh, I'm sending now my work to [FTAI's] shop instead of MTU, instead of Delta Tech, TechOps instead of Luhan and they do it and now suddenly FTAI is making so much money. That's not really how it is. It's, it's just, if, you know, [FTAI] sell the module after [they] finished it or if [they] lease it out to an airline, then I guess it's declared as third party. **But it's, it's definitely not third party MRO business. That's not, that's not the case.***

Former FTAI Executive 2

26

SNOWCAP

# The Former FTAI Executive Seemingly Disputed FTAI's Claim That its Module Swaps Can Offer an Alternative to a Traditional Shop Visit

*"**I've yet to see how FTAI would turn this into something they can offer to the market as a standalone service.** For me, module swaps only makes sense in the context of fleet management. And this is why airlines have been doing it, but **it's not something that you would really talk about much in the MRO industry because it's not something you do,** <span style="color:red">**you don't take one engine and send it to someone that says do a module swap instead of an overhaul.**</span>"*

Former FTAI Executive 2

27

# Just 17% of FTAI's Inventories are Listed for Sale as Modules on its Website, Supporting MW's Claim that Most Modules Are Sold as Whole Engines

- Further supporting the suspicion that most of FTAI's module sales are whole engines; we counted just 47 modules for sale on FTAI's website, which equates to 17% of FTAI's CFM56 inventories as of the most recent quarter, and 10% of total inventories including V2500 engines[1].

**FTAI Module Store – Available Modules**

| Asset Class | Asset Type | Asset Variant | PMA/DER | Serial Number | Remaining Cycles | Spec Sheet |
|---|---|---|---|---|---|---|
| Engine Module | CFM56-5B | Core | No | 575843 | 11190 | Upon Request |
| Engine Module | CFM56-5B | Fan | No | 575700 | 19843 | Upon Request |
| Engine Module | CFM56-5B | Fan | No | 577155 | 13640 | Upon Request |
| Engine Module | CFM56-5B | Fan | No | 697330 | 12875 | Upon Request |
| Engine Module | CFM56-5B | LPT | No | 575843 | 16190 | Upon Request |
| Engine Module | CFM56-5B | LPT | No | 577139 | 15464 | Upon Request |
| Engine Module | CFM56-5B | LPT | No | 577382 | 15115 | Upon Request |

*Source: FTAI Module Store*

---

[1] FTAI reports to have 271 CFM56 modules in its inventories as of Q3-24. We counted 47 inventories as listed as for sale on FTAI's Module Store. As of Q3-24, we calculate FTAI had 61 V2500 engines in its inventories, which for the purposes of this argument we have counted as 3 module equivalents per engine.

28

SNOWCAP

# FTAI Appears to have the Same # of Modules for Sale on its Website as it did 3 Years Ago!



*Source: FTAI Presentation February 2022*

29

# Recent Change in Press Release Language Leads us to Suspect that FTAI's Guidance Module #s may Include Modules Transferred to its Leasing Business

- Despite sell-side analysts describing it as the #1 driver of FTAI's stock, in Q3 2024 FTAI suddenly stopped reporting the # of module sales each quarter.
- Look closely and investors will notice that in a recent press [release](#) FTAI guided that it would "***produce***" 100 modules per quarter. <u>Not</u> **sell** them. **We view the change in language as highly suspect.** By guiding in terms of *production*, we think FTAI may be baking in internal transfers to its Leasing Business.

### FTAI Historically Referred to Modules "<u>Sold</u>" in Press Releases

Business Highlights    Feb 22, 2024

- Q4 2023 Aerospace Products Adj. EBITDA of $55 million, bringing total segment Adj. EBITDA for 2023 to $160 million, up from $74 million in 2022.[1]
- Sold 61 modules to 17 unique customers in Q4, including 6 new customers and 11 repeat customers. Modules sold in 2023 total 178 to 30 customers.
- Launched V2500 Engine exchange program.
- Acquired $229 million of Aviation Leasing Equipment in Q4, comprised of 11 Aircraft and 32 Engines.

*Source: [FTAI Press Release February 2024](#)*

### But in its Most Recent Press Release, FTAI Guided in Terms of Modules "<u>Produced</u>"

Dec 30, 2024

FTAI also announces its initial financial guidance for fiscal year 2025, reflecting management's expectations for the Company's continued growth and operational performance. FTAI expects 2025 Adjusted EBITDA of approximately $1.1 to $1.15 billion from its reportable segments, comprised of approximately $500 million from Aviation Leasing and approximately $600 to $650 million from Aerospace Products. 2025 Adjusted EBITDA guidance reflects the following assumptions: (i) an average of 100 modules per quarter produced at the Company's Montreal facility in fiscal year 2025, (ii) net Aerospace margins in line with or better than those for fiscal year 2024, and (iii) 25 to 35 V2500 engine MRE transactions for fiscal year 2025.

*Source: [FTAI Press Release December 2024](#)*

30

SNOWCAP

# Flat # of Engine Sales Contradict FTAI's Growth Narrative

- Investors are led to believe that FTAI's Aerospace sales have grown rapidly because FTAI reports growing numbers of individual module sales.
- But if a significant portion of these are just whole engines, we believe this growth is only illusory. At a group level, the number of engine equivalents sold by FTAI has remained flat since Q4 2022.



*Source: Company Filings. 92 module sales assumed in Q3'24 as per analyst estimates.*

31

# FTAI's Self-Proclaimed TAM Implies 3 Module Sales per Shop Visit, Contradicting its Own Purported Business Model

- FTAI tells investors that the Total Addressable Market ("TAM") for its aerospace segment is 9,000 modules a year (# of global shop visits [3000] x number of modules in an engine [3]). In other words, FTAI's self-proclaimed TAM numbers imply that it sells 3 modules for every shop visit.

### FTAI's TAM Estimates Assume 3 Module Sales for Each Shop Visit

> But we're aspiring to because we don't see any reason why we shouldn't once people realize they save money, they save time and **they eliminate negative surprises**. It's like how hard -- what else do you need to tell you. So I think it's still growing. It's a huge market. The total universe, if you think about 3,000 shop visits a year and you can argue whether it's 4,000 or 2,500 or something, but roughly 3,000, that's 9,000 **modules** moving through a maintenance facility somewhere in the world per year. And we're talking about doing 400, 500, it's still less than 10%.

*Source: Q2-2024 earnings call.*

- But this straight up contradicts FTAIs purported business model in which it supposedly targets replacing **"1 to 2 modules"** for each shop visit – according to management[1]. We think this supports the thesis that FTAI's Aerospace business is mostly selling whole engines rather than individual modules.

---

[1] *"So when you think about a heavy shop visit, right, you're replacing **1 or 2 modules**, right? So that's kind of the rule of thumb is **1 to 2 modules is what you're targeting and replacing**. So let's say 2 is per shop visit that you're going to replace on each heavy [shop visit]. So for us to address a market of 3,000, you would need 6,000 modules to be able to, more or less to maintain that."* – FTAI Executive, Investor Day Transcript, June 2023

# In 2021, FTAI's CEO Claimed FTAI's Module Swaps Are "Best Suited" to the 20% of Shop Visits That Require Just 1 Module Replacing

- In 2021, FTAI's CEO claimed that its module swaps are best suited to the 20% of global third-party shop visits that only require *1* module (of 3) replacing. FTAI's CEO further drilled this point home more recently; stating that there are "tremendous efficiencies" in swapping modules if "only <u>one</u> section of the engine needs maintenance".

**20% of Shop Visits That Only Require Work on <u>One</u> Module are "Perfect Candidates" for FTAI**

> For the CFM56 engine fleet today, there are roughly 2,500 aftermarket overhaul shop visits per annum, and **that's projected to grow to over 3,000 by 2024**. Approximately 20%, or say 500 of those shop visits, only require work on one module, which makes it a **perfect candidate for our module factory**. If FTAI could capture 20% of that market or 100 module swaps per annum, we would expect to generate $50 million in annual EBITDA for FTAI while saving an equal amount or more for the engine owner and operator.

*Source: Earnings Call April 2021*

**Tremendous Efficiencies in Module Swaps if Only <u>One</u> Section Needs Maintenance**

> So there's **tremendous efficiencies** in being able to swap modules if only one section of the engine needs maintenance or if you want to optimize the number of hours and cycles by putting the same number of hours in the cycles for each of the three modules together.

*Source: Earnings Call March 2023*

SNOWCAP

# We Estimate FTAI's Aerospace TAM is 8x Smaller Than it Claims

- Even if we assume that FTAI sells 2 modules for each of the 20% of shop visits that only require 1 module to be repaired, we estimate that FTAI's TAM is a fraction of the size claimed.
- Using this estimate for TAM, FTAI's 2026 guidance implies a market share of 42%.

**TAM Calculation**

|  | FTAI | Snowcap |
|---|---|---|
| Global CFM56 Shop Visits | 3,000 | 3,000 |
| % Addressable by FTAI's Module Offering | 100% | 20% |
| Shop Visits Addressable by FTAI's Module Offering | 3,000 | 600 |
| Modules per Shop Visit | 3 | 2 |
| TAM (Modules) | 9,000 | **1,200** |
| *2026 Guidance* | 500 | 500 |
| *% of TAM* | 6% | 42% |

*Source: Company Filings*

34

SNOWCAP

# 4. Where is FTAI's Cash Flow?

# Where is FTAI's Cash Flow?

- FTAI tells investors that its reported EBITDA numbers (less interest and maintenance capex) are a proxy for the free cash flow of its business[1]. Based on this, investors are led to believe that FTAI will generate significant free cash flow in the coming years.
- In the past 12 months, FTAI reported $772 million of EBITDA. Yet in the same period, we calculate that FTAI's distributable cash flow was *just $145* million. This is despite making several generous adjustments in FTAI's favour[2] including giving full credit to its ballooning inventory balance and estimated growth capex.

**Distributable Cash Flow – Snowcap**

| $m | LTM |
|---|---|
| Cash from Operations | (134) |
| Cash from Investing | (625) |
| *Add Backs* | |
| (+) Business Acquisitions inc. Minorities | 173 |
| (+) Cash Termination Fee Paid to Affiliate | 150 |
| (+) Change in Net Leasing Assets (Growth Capex Proxy) | 261 |
| (+) Addition to Inventories (Net of Acquisitions) | 159 |
| (+) Prepaid Maintenance Not Yet Incurred | 130 |
| (+) Financing Receivable for Failed SLB | 64 |
| *Preferred Dividends* | |
| (-) Preferred Dividends | (33) |
| **Distributable Cash Flow (Snowcap)** | **145** |
| Common Dividends | 121 |
| *Coverage Ratio* | *1.2x* |
| **Reported EBITDA** | **772** |

*Source: Company Filings*

[1] "So we're going to maintain that leverage and that rating. In terms of free cash flow, what we do is we take the EBITDA, subtract corporate and interest, and then we use a number for maintenance CapEx"- FTAI CEO, Earnings Call Q2 2024
[2] Change in Net Leasing Assets factors in transfer of assets to held for sale.
Note: Growth Capex estimate implies cost of ~$5 million per additional engine in FTAI's leasing fleet.

**SNOWCAP**

# FTAI's Cash Flow vs EBITDA



LTM ($m)[1]

```
772     465     145
```

Adjusted EBITDA Reported    FCF (FTAI)    Distributable Cash Flow (Snowcap)

---

[1] Note: FTAI FCF calculated as EBITDA less interest less reported maintenance capex. Snowcap calculation for Distributable Cash Flow as per the previous page.

SNOWCAP

# We believe FTAI Under-Reports Maintenance Capex by Excluding Cost of Replacing Sold Engines

- FTAI tells investors to calculate Free Cash Flow by deducting its self-reported maintenance capex (and interest) from its EBITDA. In FY23, FTAI reported $60 million of maintenance capex, which FTAI's CEO claims is "what [FTAI] would need to invest each year to maintain the engines so they can fly forever at infinitum"[1].
- But we believe FTAI's **reported maintenance capex numbers are grossly misleading** because they seemingly only include the costs of repair work undertaken on FTAI's leasing engines.

> 2) Total leasing equipment capex of $770.7 million comprising $711.0 million acquisition capex and $59.7 million maintenance capex.

*Source: [FTAI FY2023 Presentation](#)*

- The problem is that FTAI routinely sells large numbers of its engines in its leasing fleet, and or transfers them to its Aerospace business. In doing so, FTAI avoids incurring maintenance expenditures on these run-out engines.
- But the maintenance saving is only superficial since FTAI must replace the sold engines by acquiring new ones to maintain the same level of earnings. Yet absurdly, it seems that FTAI does <u>not</u> include these replacement acquisition costs in its reported maintenance capital expenditures.

---

[1] "So we're going to maintain that leverage and that rating. In terms of free cash flow, what we do is we take the EBITDA, subtract corporate and interest, and then we use a number for maintenance CapEx, what we would use -- what we need to invest each year to maintain the engines so that they can fly forever at infinitum. And that number tends to be between $60 million and $80 million a year of maintenance CapEx." - FTAI CEO, Earnings Call Q2 2024

# Proxy Calculation Historically Used by FTAI Suggests Maintenance Capex May be 2x Higher Than Reported

- Based on a proxy calculation[1] which FTAI itself historically used to estimate its maintenance capex (until Q4 2022), we estimate that FTAI's maintenance capex in FY23 was as much as ~$90-130 million, or 1.5-2x higher than reported by the Company.

**Snowcap Maintenance Capex Calculation**

|  | FTAI Reported | FTAI Proxy | Snowcap |
|---|---|---|---|
| Average # of Engines |  | 250 | 231 |
| Shop Visit Interval (yrs) |  | 5 | 4 |
| Average Cost per Visit ($m) |  | 2.75 | 3.5 |
| Utilization (%) |  | 65% | 65% |
| Maintenance Capex | 60 | 89 | 131 |
| *% of Leasing EBITDA (ex GoS)* | **15%** | **23%** | **34%** |

*Source: Snowcap, Company Filings*

*In our sensitivity calculation we assume $3.5m average cost per shop visit to account for inflation in module prices since FTAI's Proxy estimates in Q4 2022*

---

[1] FTAI Q4 2022 Presentation, Page 13

SNOWCAP

# 5. Selective Environmental Claims

# FTAI's Supposed Shop Visit Emissions Savings Are Dwarfed by the Environmental Impact of Extending the Lives of Older, Less Efficient Engines

- FTAI claims that its business is sustainable because its module swaps supposedly save 84% of the carbon emissions incurred by a traditional shop visit[1]. But FTAI's Aerospace business model is seemingly predicated on extending the life of older generation CFM56 engines, which are ~**15% less fuel-efficient** than newer LEAP models, contributing to **higher emissions**.

**FTAI's Emissions Savings in Context (Tons of CO2)**





[1] FTAI ESG. Emissions savings per shop visits calculated as global shop visit emissions (75,000 tons) / global shop visits (3,000) x FTAI purported emissions savings per shop visit (84%). Incremental emissions estimated as total flight cycles (5,000) x average fuel used per flight (3.61 tonnes) x CO2 emissions per tonne of fuel (3.16 tonnes) x Ton conversion (1.1) x fuel efficiency of newer generation LEAP engines (15%).

41

# 6. Insiders Have Exited

# In 2022, FTAI Signed a New External Management Agreement with Fortress

- When FTAI separated from its infrastructure business (Nasdaq:FIP) in 2022, the Company signed a new external management agreement with Fortress Investment Group ("Fortress"), which entitled Fortress to 10% of FTAI's net income ("incentive allocation") plus a management fee, until 2028.
- At the same time, FTAI implemented a change in accounting policy that allowed it to book gain on sale profits as recurring revenues[1]. We suspect that the change also facilitated the inclusion of these gains in calculating Fortress' incentive allocation.

**Fortress Incentive Allocation**

Master GP is entitled to incentive allocations (comprised of income incentive allocation and capital gains incentive allocation, defined below). The income incentive allocation is calculated and distributable quarterly in arrears based on the pre-incentive allocation net income for the immediately preceding calendar quarter (the "Income Incentive Allocation"). For this purpose, pre-incentive allocation net income means, with respect to a calendar quarter, net income attributable to shareholders during such quarter calculated in accordance with U.S. GAAP excluding our pro rata share of (1) realized or unrealized gains and losses, and (2) certain non-cash or one-time items, and (3) any other adjustments as may be approved by our independent directors. Pre-incentive allocation net income does not include any Income Incentive Allocation or Capital Gains Incentive Allocation (described below) paid to Master GP during the relevant quarter.

*Source: FTAI*

**Change of Accounting Policy Allowed FTAI to Book Asset Sales in Revenues**

During the third quarter of 2022, we updated our corporate strategy based on the opportunities available in the market such that the sale of aircraft and engines is now an output of our recurring, ordinary activities. As a result of this update, the transaction price allocated to the sale of assets is included in Asset sales revenue in the Consolidated Statements of Operations beginning in the third quarter of 2022 and are accounted for in accordance with ASC 606. The corresponding net book values of the assets sold are recorded in Cost of sales in the Consolidated Statement of Operations beginning in the third quarter of 2022. Sales transactions of aircraft and engines prior to the third quarter of 2022 were accounted for in accordance with ASC 610-20, *Gains and losses from the derecognition of nonfinancial assets* and were included in Gain on sale of assets, net on the Consolidated Statements of Operations, as we were previously only occasionally selling these assets. Generally, assets sold were under leasing arrangements prior to sales and were included in Leasing equipment, net, on the Consolidated Balance Sheets.

*Source: FTAI 10K*

---

[1] In Q3 2022, FTAI changed its accounting policies to state that "that the sale of aircraft and engines is now and output of our recurring, ordinary activities". Following the change, FTAI included sales of aircraft and engines in its revenues and COGs, whereas previously the net gain on these sales had been recognised in other income.

43

SNOWCAP

# FTAI Paid $300m to Buy Fortress Out of its This Agreement at what Seems Like a High Price

- In May 2024, FTAI announced that it had agreed to pay $300 million to effectively cancel this agreement with Fortress ("Internalization Payment")[1] .
- Even if we give credit to FTAI's 2026 EBITDA targets, FTAI appears to have overpaid for the internalization. The timing also seems odd if Fortress believed in the future growth story.

| Income Incentive Fee<br>*Snowcap Estimate* | Street Consensus | | | Extrapolation | | |
| --- | --- | --- | --- | --- | --- | --- |
| $m | FY24E | FY25E | FY26E | FY27E | FY28E | TOTAL |
| Net Income | 241 | 411 | 473 | 473 | 473 | |
| (-) Partial Period Adj. | (60) | | | | (197) | |
| Applicable Net Income | 181 | 411 | 473 | 473 | 276 | |
| *(x) Income Incentive Allocation %* | *10.0%* | *10.0%* | *10.0%* | *10.0%* | *10.0%* | |
| **Expected Incentive Fee Payable** | **18** | **41** | **47** | **47** | **28** | **$181m** |
| *(/) Discount Factor (10% rate)* | *1.03* | *1.11* | *1.22* | *1.34* | *1.48* | |
| **NPV of Expected Incentive Fee** | **18** | **37** | **39** | **35** | **19** | **$147m** |
| *Internalization Fee Paid to Fortress* | | | | | | *$300m* |
| **Multiple of NPV of Expected Future Incentive Fees** | | | | | | **2.0x** |

[1] The Internalization Payment was paid 50% in cash and 50% in FTAI shares.
Consensus Estimates from Capital IQ as of 01/07/2024, the quarter-end date for the period in which the Internalization Agreement was announced.

44

SNOWCAP

# The Independence of the Board That Approved the Payment Seems Questionable

- The Internalization Payment was negotiated and approved by a Special Committee, supposedly comprised entirely of "independent and disinterested" directors. Yet basic analysis of FTAI's board indicates that <u>all</u> of these independent directors have either previously worked with – or are currently working with - FTAI's CEO in roles at other companies.

| | FTAI Aviation | FTAI Infrastructure | SeaCube Containers Leasing | Donaldson, Lufkin & Jenrette |
|---|---|---|---|---|
| **Joseph Adams** | Chairman & CEO | **Chairman** *Current* | **Chairman** *Prior* | **Partner** *Prior* |
| **Paul Goodwin** | Chair of Audit | | **Director** *Prior* | |
| **Judith Hanaway** | Chair of Nominating & Governance | **Director** *Current* | | |
| **Andrew Levison** | Director | | | **Head of Leverage** *Prior* |
| **Ray Robinson** | Chair of Compensation | **Director** *Current* | | |
| **Martin Tuchman** | Director | | **Director** *Prior* | |

*FTAI's 'Independent' Directors*

*Source: Snowcap*

45

# Appendix

### Inventory Value per Module

| $m | Q4-22 | Q1-23 | Q2-23 | Q3-23 | Q4-23 | Q1-24 | Q2-24 | Q3-24 |
|---|---|---|---|---|---|---|---|---|
| Inventories | 164 | 193 | 232 | 275 | 317 | 346 | 373 | 491 |
| *# of engines* | | | | | | | | |
| CFM56 | 38 | 51 | 65 | 58 | 63 | 75 | 82 | 91 |
| V2500 | - | - | - | - | - | - | 35 | 61 |
| Other? | 1 | (1) | (1) | 2 | 2 | | | |
| Total # of engines in inventories | 39 | 50 | 64 | 60 | 65 | 75 | 117 | 152 |
| CFM56 Module Equivalents (x3) | 117 | 150 | 192 | 180 | 195 | 225 | NA | NA |
| Inventory value per Module | 1.40 | 1.29 | 1.21 | 1.53 | 1.62 | 1.54 | NA | NA |

*Source: Company Filings*

### Cost of Sales per Module Calc. (Q1-2024)

| $m | Q1-24 | Notes |
|---|---|---|
| *Modules Sold* | 72 | *Reported* |
| *EBITDA per module* | 0.6 | *Transcript* |
| ***EBITDA from Module Sales*** | **43.2** | |
| *% Margin* | 35% | *Transcript* |
| *Module Revenue* | 123.4 | |
| *Revenue per Module* | 1.71 | |
| *COGs % of Revenues* | 59% | *Reported* |
| *Module COGs* | 72.4 | |
| **COGs per Module** | **1.01** | |

*Source: Company Filings, Earnings Call Transcript, Snowcap Calculation*

*Note 1: In the Q2 2023 earnings call CEO Joseph Adams stated that 35% was a sustainable margin for the Aerospace Product segment.*

SNOWCAP

**Alternative Cost of Sales Per Module Calc. (FY2023)**

| $m | FY2023 | Notes |
|---|---|---|
| | | |
| USM Cost of Sales Calc. | | |
| # of USM Teardowns | 40 | *Analyst Estimates* |
| CoS per Teardown | 2.0 | *Management Commentary* |
| USM CoS | 80.0 | |
| | | |
| Module Cost of Sales Calc. | | |
| Aerospace Cost of Sales | 280.3 | *Reported* |
| (-) USM CoS | (80.0) | |
| (-) V2500 CoS | (12.0) | *Snowcap Estimate* |
| **Modules CoS** | **188.3** | |
| *(/) # of Modules Sold* | 178 | *Reported* |
| **CoS per Module** | **1.06** | |

*Source: Company Filings, Earnings Call Transcripts, Analyst Reports, Snowcap Calculation*