# Exhibit W

| FTAI Aviation LLC (FTAI) July 23, 2024 – September 18, 2025 Source: Yahoo! Finance | | |
|---|---|---|
| **Date** | **Adjusted Closing Price** | **Volume** |
| July 23, 2024 | $107.84 | 1,540,930 |
| July 24, 2024 | $109.25 | 2,757,966 |
| July 25, 2024 | $105.33 | 1,783,575 |
| July 26, 2024 | $112.63 | 2,386,326 |
| July 29, 2024 | $112.59 | 1,555,202 |
| July 30, 2024 | $109.90 | 961,081 |
| July 31, 2024 | $111.45 | 1,297,696 |
| August 1, 2024 | $108.92 | 1,058,281 |
| August 2, 2024 | $101.96 | 1,633,253 |
| August 5, 2024 | $97.18 | 1,736,041 |
| August 6, 2024 | $101.61 | 1,068,914 |
| August 7, 2024 | $100.78 | 776,871 |
| August 8, 2024 | $104.76 | 585,298 |
| August 9, 2024 | $104.70 | 415,676 |
| August 12, 2024 | $103.78 | 770,814 |
| August 13, 2024 | $103.75 | 1,447,685 |
| August 14, 2024 | $104.51 | 906,702 |
| August 15, 2024 | $106.44 | 863,241 |
| August 16, 2024 | $113.52 | 1,276,174 |
| August 19, 2024 | $115.13 | 814,163 |
| August 20, 2024 | $114.30 | 641,881 |
| August 21, 2024 | $119.15 | 886,709 |
| August 22, 2024 | $119.56 | 986,316 |
| August 23, 2024 | $121.74 | 1,180,105 |
| August 26, 2024 | $122.15 | 648,830 |
| August 27, 2024 | $121.53 | 507,198 |
| August 28, 2024 | $120.68 | 476,293 |
| August 29, 2024 | $124.63 | 744,769 |
| August 30, 2024 | $127.81 | 956,181 |
| September 3, 2024 | $117.93 | 1,020,495 |
| September 4, 2024 | $119.41 | 588,349 |
| September 5, 2024 | $118.88 | 467,618 |
| September 6, 2024 | $112.55 | 1,142,280 |
| September 9, 2024 | $113.03 | 1,092,126 |
| September 10, 2024 | $113.89 | 571,375 |

1

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| September 11, 2024 | $115.88 | 812,257 |
| September 12, 2024 | $121.07 | 1,044,337 |
| September 13, 2024 | $125.23 | 1,146,827 |
| September 16, 2024 | $126.96 | 2,152,410 |
| September 17, 2024 | $126.77 | 757,496 |
| September 18, 2024 | $126.43 | 954,957 |
| September 19, 2024 | $130.22 | 1,443,719 |
| September 20, 2024 | $130.39 | 3,087,593 |
| September 23, 2024 | $130.00 | 815,843 |
| September 24, 2024 | $130.12 | 864,449 |
| September 25, 2024 | $130.07 | 629,993 |
| September 26, 2024 | $126.04 | 800,529 |
| September 27, 2024 | $129.55 | 1,137,462 |
| September 30, 2024 | $132.90 | 1,499,356 |
| October 1, 2024 | $131.65 | 1,205,539 |
| October 2, 2024 | $134.62 | 1,305,051 |
| October 3, 2024 | $133.45 | 842,803 |
| October 4, 2024 | $140.15 | 1,691,614 |
| October 7, 2024 | $139.38 | 992,415 |
| October 8, 2024 | $146.45 | 1,467,829 |
| October 9, 2024 | $144.95 | 1,187,089 |
| October 10, 2024 | $144.10 | 1,783,852 |
| October 11, 2024 | $146.40 | 1,368,091 |
| October 14, 2024 | $148.09 | 1,150,749 |
| October 15, 2024 | $145.01 | 1,392,341 |
| October 16, 2024 | $145.80 | 696,498 |
| October 17, 2024 | $145.29 | 639,403 |
| October 18, 2024 | $143.55 | 864,858 |
| October 21, 2024 | $142.36 | 926,968 |
| October 22, 2024 | $140.23 | 964,636 |
| October 23, 2024 | $140.83 | 785,414 |
| October 24, 2024 | $143.18 | 1,125,539 |
| October 25, 2024 | $144.24 | 732,636 |
| October 28, 2024 | $142.51 | 951,759 |
| October 29, 2024 | $143.43 | 992,337 |
| October 30, 2024 | $145.30 | 1,145,670 |
| October 31, 2024 | $134.44 | 2,465,489 |
| November 1, 2024 | $142.46 | 2,497,481 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| November 4, 2024 | $137.55 | 1,372,314 |
| November 5, 2024 | $139.14 | 1,542,176 |
| November 6, 2024 | $149.02 | 1,771,656 |
| November 7, 2024 | $150.02 | 1,116,974 |
| November 8, 2024 | $157.07 | 1,308,683 |
| November 11, 2024 | $164.68 | 1,188,893 |
| November 12, 2024 | $161.45 | 815,102 |
| November 13, 2024 | $162.43 | 678,690 |
| November 14, 2024 | $157.65 | 710,640 |
| November 15, 2024 | $158.44 | 632,418 |
| November 18, 2024 | $163.02 | 999,010 |
| November 19, 2024 | $171.02 | 1,188,312 |
| November 20, 2024 | $171.21 | 982,327 |
| November 21, 2024 | $174.96 | 1,041,985 |
| November 22, 2024 | $173.71 | 1,203,150 |
| November 25, 2024 | $168.26 | 1,177,999 |
| November 26, 2024 | $171.96 | 755,909 |
| November 27, 2024 | $165.32 | 870,891 |
| November 29, 2024 | $168.82 | 358,885 |
| December 2, 2024 | $166.80 | 693,922 |
| December 3, 2024 | $161.22 | 1,371,656 |
| December 4, 2024 | $164.93 | 1,107,999 |
| December 5, 2024 | $158.35 | 786,371 |
| December 6, 2024 | $157.11 | 1,699,518 |
| December 9, 2024 | $149.90 | 1,580,167 |
| December 10, 2024 | $150.00 | 1,351,218 |
| December 11, 2024 | $149.67 | 933,147 |
| December 12, 2024 | $135.08 | 2,398,417 |
| December 13, 2024 | $131.72 | 2,343,598 |
| December 16, 2024 | $130.64 | 2,057,354 |
| December 17, 2024 | $130.15 | 1,843,000 |
| December 18, 2024 | $126.66 | 2,314,645 |
| December 19, 2024 | $131.14 | 2,388,442 |
| December 20, 2024 | $133.49 | 2,518,609 |
| December 23, 2024 | $128.04 | 1,267,331 |
| December 24, 2024 | $129.38 | 431,077 |
| December 26, 2024 | $129.84 | 707,837 |
| December 27, 2024 | $127.11 | 676,662 |

3

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| December 30, 2024 | $126.51 | 1,143,371 |
| December 31, 2024 | $144.04 | 3,247,029 |
| January 2, 2025 | $144.44 | 1,862,800 |
| January 3, 2025 | $151.38 | 1,122,613 |
| January 6, 2025 | $157.96 | 2,148,020 |
| January 7, 2025 | $159.91 | 1,685,503 |
| January 8, 2025 | $168.78 | 1,632,215 |
| January 10, 2025 | $174.02 | 2,509,857 |
| January 13, 2025 | $164.57 | 3,052,010 |
| January 14, 2025 | $153.29 | 2,267,308 |
| January 15, 2025 | $116.08 | 20,029,142 |
| January 16, 2025 | $120.00 | 8,449,376 |
| January 17, 2025 | $112.38 | 5,554,301 |
| January 21, 2025 | $83.79 | 18,433,614 |
| January 22, 2025 | $91.99 | 7,458,778 |
| January 23, 2025 | $101.50 | 7,302,372 |
| January 24, 2025 | $90.98 | 5,369,749 |
| January 27, 2025 | $91.65 | 3,611,784 |
| January 28, 2025 | $100.02 | 2,635,249 |
| January 29, 2025 | $97.00 | 6,418,952 |
| January 30, 2025 | $103.35 | 1,569,424 |
| January 31, 2025 | $100.53 | 1,782,979 |
| February 3, 2025 | $108.20 | 3,635,801 |
| February 4, 2025 | $109.60 | 2,325,087 |
| February 5, 2025 | $116.95 | 2,468,458 |
| February 6, 2025 | $118.81 | 2,121,328 |
| February 7, 2025 | $112.84 | 2,283,304 |
| February 10, 2025 | $116.68 | 1,725,795 |
| February 11, 2025 | $119.51 | 918,297 |
| February 12, 2025 | $114.71 | 1,693,717 |
| February 13, 2025 | $107.92 | 2,515,296 |
| February 14, 2025 | $113.59 | 1,765,091 |
| February 18, 2025 | $119.18 | 1,408,563 |
| February 19, 2025 | $125.75 | 1,929,179 |
| February 20, 2025 | $143.82 | 6,253,274 |
| February 21, 2025 | $129.31 | 3,872,237 |
| February 24, 2025 | $130.10 | 2,859,581 |
| February 25, 2025 | $132.95 | 1,949,698 |

4

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| February 26, 2025 | $140.32 | 2,106,933 |
| February 27, 2025 | $129.63 | 2,452,558 |
| February 28, 2025 | $128.71 | 2,157,574 |
| March 3, 2025 | $118.61 | 3,764,426 |
| March 4, 2025 | $115.16 | 2,667,938 |
| March 5, 2025 | $113.13 | 1,963,154 |
| March 6, 2025 | $108.28 | 2,550,883 |
| March 7, 2025 | $104.22 | 2,791,478 |
| March 10, 2025 | $97.69 | 2,192,713 |
| March 11, 2025 | $105.58 | 1,874,023 |
| March 12, 2025 | $103.24 | 2,186,611 |
| March 13, 2025 | $101.18 | 1,332,990 |
| March 14, 2025 | $104.31 | 1,214,630 |
| March 17, 2025 | $106.98 | 1,011,903 |
| March 18, 2025 | $102.39 | 1,066,981 |
| March 19, 2025 | $109.01 | 1,275,129 |
| March 20, 2025 | $106.70 | 1,333,512 |
| March 21, 2025 | $107.23 | 1,451,571 |
| March 24, 2025 | $114.91 | 1,279,124 |
| March 25, 2025 | $116.94 | 1,977,081 |
| March 26, 2025 | $114.00 | 2,123,918 |
| March 27, 2025 | $114.52 | 1,071,849 |
| March 28, 2025 | $112.36 | 1,543,785 |
| March 31, 2025 | $111.03 | 1,468,967 |
| April 1, 2025 | $113.59 | 1,014,419 |
| April 2, 2025 | $115.94 | 946,911 |
| April 3, 2025 | $104.34 | 3,549,083 |
| April 4, 2025 | $88.32 | 4,020,577 |
| April 7, 2025 | $90.13 | 2,742,154 |
| April 8, 2025 | $89.99 | 2,385,668 |
| April 9, 2025 | $108.95 | 3,046,070 |
| April 10, 2025 | $96.43 | 1,972,410 |
| April 11, 2025 | $98.92 | 1,149,193 |
| April 14, 2025 | $99.07 | 1,101,597 |
| April 15, 2025 | $95.83 | 1,311,514 |
| April 16, 2025 | $94.41 | 1,687,849 |
| April 17, 2025 | $93.00 | 1,879,301 |
| April 21, 2025 | $87.35 | 1,581,536 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| April 22, 2025 | $92.04 | 1,492,290 |
| April 23, 2025 | $95.83 | 1,227,315 |
| April 24, 2025 | $101.37 | 1,246,423 |
| April 25, 2025 | $104.84 | 1,013,924 |
| April 28, 2025 | $108.22 | 1,161,907 |
| April 29, 2025 | $109.15 | 1,043,334 |
| April 30, 2025 | $107.11 | 1,686,467 |
| May 1, 2025 | $86.90 | 6,352,157 |
| May 2, 2025 | $89.95 | 4,384,739 |
| May 5, 2025 | $100.75 | 3,300,766 |
| May 6, 2025 | $108.01 | 2,674,170 |
| May 7, 2025 | $110.01 | 2,258,669 |
| May 8, 2025 | $110.01 | 1,529,160 |
| May 9, 2025 | $107.13 | 1,839,488 |
| May 12, 2025 | $112.96 | 1,330,448 |
| May 13, 2025 | $117.81 | 1,688,755 |
| May 14, 2025 | $118.35 | 1,064,795 |
| May 15, 2025 | $117.71 | 1,500,980 |
| May 16, 2025 | $117.98 | 1,514,431 |
| May 19, 2025 | $122.40 | 1,165,756 |
| May 20, 2025 | $119.30 | 1,064,397 |
| May 21, 2025 | $114.52 | 1,370,725 |
| May 22, 2025 | $112.93 | 935,818 |
| May 23, 2025 | $114.58 | 1,206,500 |
| May 27, 2025 | $119.90 | 1,268,359 |
| May 28, 2025 | $118.24 | 827,140 |
| May 29, 2025 | $117.75 | 749,603 |
| May 30, 2025 | $117.15 | 1,023,074 |
| June 2, 2025 | $120.35 | 868,100 |
| June 3, 2025 | $123.35 | 1,120,536 |
| June 4, 2025 | $122.82 | 663,762 |
| June 5, 2025 | $123.49 | 849,987 |
| June 6, 2025 | $129.17 | 1,046,107 |
| June 9, 2025 | $124.73 | 1,133,461 |
| June 10, 2025 | $121.13 | 1,121,696 |
| June 11, 2025 | $120.35 | 890,037 |
| June 12, 2025 | $123.74 | 837,373 |
| June 13, 2025 | $123.77 | 1,201,697 |

6

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| June 16, 2025 | $124.06 | 1,104,705 |
| June 17, 2025 | $123.25 | 1,104,079 |
| June 18, 2025 | $130.08 | 1,496,814 |
| June 20, 2025 | $129.09 | 1,626,227 |
| June 23, 2025 | $130.23 | 1,476,729 |
| June 24, 2025 | $135.05 | 1,198,479 |
| June 25, 2025 | $125.00 | 2,287,279 |
| June 26, 2025 | $122.01 | 2,157,175 |
| June 27, 2025 | $118.60 | 17,044,568 |
| June 30, 2025 | $115.04 | 2,754,017 |
| July 1, 2025 | $113.86 | 2,595,204 |
| July 2, 2025 | $113.14 | 2,046,098 |
| July 3, 2025 | $114.95 | 961,130 |
| July 7, 2025 | $111.49 | 1,736,749 |
| July 8, 2025 | $109.76 | 1,684,501 |
| July 9, 2025 | $110.41 | 1,432,177 |
| July 10, 2025 | $112.68 | 1,818,650 |
| July 11, 2025 | $110.98 | 1,296,336 |
| July 14, 2025 | $114.66 | 1,576,434 |
| July 15, 2025 | $113.79 | 1,255,638 |
| July 16, 2025 | $115.15 | 1,017,522 |
| July 17, 2025 | $115.65 | 1,070,532 |
| July 18, 2025 | $113.59 | 822,649 |
| July 21, 2025 | $113.88 | 787,493 |
| July 22, 2025 | $110.92 | 897,115 |
| July 23, 2025 | $112.20 | 947,775 |
| July 24, 2025 | $109.92 | 825,468 |
| July 25, 2025 | $117.18 | 1,357,171 |
| July 28, 2025 | $114.38 | 1,472,714 |
| July 29, 2025 | $114.14 | 1,213,011 |
| July 30, 2025 | $144.46 | 7,157,646 |
| July 31, 2025 | $137.61 | 2,788,191 |
| August 1, 2025 | $137.32 | 1,888,711 |
| August 4, 2025 | $141.47 | 1,163,341 |
| August 5, 2025 | $138.98 | 1,236,646 |
| August 6, 2025 | $137.63 | 1,392,163 |
| August 7, 2025 | $138.07 | 966,904 |
| August 8, 2025 | $136.06 | 592,847 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| August 11, 2025 | $138.02 | 797,989 |
| August 12, 2025 | $142.56 | 978,048 |
| August 13, 2025 | $146.00 | 1,205,645 |
| August 14, 2025 | $144.90 | 864,327 |
| August 15, 2025 | $144.72 | 887,589 |
| August 18, 2025 | $142.46 | 1,062,047 |
| August 19, 2025 | $141.01 | 833,884 |
| August 20, 2025 | $140.40 | 1,078,013 |
| August 21, 2025 | $146.09 | 1,390,977 |
| August 22, 2025 | $147.71 | 1,383,193 |
| August 25, 2025 | $148.81 | 1,129,746 |
| August 26, 2025 | $149.19 | 1,015,440 |
| August 27, 2025 | $149.91 | 998,345 |
| August 28, 2025 | $155.39 | 1,152,588 |
| August 29, 2025 | $153.85 | 1,346,682 |
| September 2, 2025 | $150.09 | 936,491 |
| September 3, 2025 | $150.89 | 961,183 |
| September 4, 2025 | $155.55 | 1,003,935 |
| September 5, 2025 | $154.00 | 1,489,384 |
| September 8, 2025 | $166.42 | 2,326,339 |
| September 9, 2025 | $165.39 | 1,141,752 |
| September 10, 2025 | $168.12 | 1,141,094 |
| September 11, 2025 | $169.85 | 1,356,744 |
| September 12, 2025 | $171.66 | 1,015,627 |
| September 15, 2025 | $172.51 | 831,729 |
| September 16, 2025 | $173.75 | 651,457 |
| September 17, 2025 | $174.04 | 855,900 |
| September 18, 2025 | $178.17 | 1,180,591 |