**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND and BOSTON RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FTAI AVIATION LTD., JOSEPH P. ADAMS, JR., and EUN (ANGELA) NAM,<br><br>Defendants. | No. 1:25-cv-00541-JAV |

**NOTICE OF LEAD PLAINTIFFS' MOTION TO STRIKE CERTAIN EXHIBITS FROM DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Court-appointed Lead Plaintiffs City of Hollywood Firefighters' Pension Fund and Boston Retirement System ("Lead Plaintiffs") shall move this Court, before the Honorable Jeannette A. Vargas, United Sates District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for an order striking certain exhibits attached to the Declaration of Tansy Woan (ECF No. 70), which were improperly submitted in support of Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 68), and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 6.1(b), opposition papers to this motion shall be served "within 14 days after service of the moving papers," and reply papers shall be served "within seven days after service of the answering papers."

Dated: January 22, 2026

Respectfully Submitted,

**LABATON KELLER SUCHAROW LLP**
By: /s/ *James T. Christie*
Michael P. Canty
James T. Christie
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
mcanty@labaton.com
jchristie@labaton.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Sharan Nirmul
Geoffrey C. Jarvis
Vanessa M. Milan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
gjarvis@ktmc.com
vmilan@ktmc.com

*Counsel for Lead Plaintiffs City of Hollywood Firefighters' Pension Fund and Boston Retirement System and Lead Counsel for the Class*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner
7080 N.W. 4th Street
Plantation, Florida 33317
bob@robertdklausner.com

*Additional Counsel for Lead Plaintiff City of Hollywood Firefighters' Pension Fund*

2